**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

DAEDALUS PRIME LLC,

    *Plaintiff*,

v.

MARVELL TECHNOLOGY, INC.

    *Defendant*.

Civil Action No. 1:26-cv-00081-ADA

**JURY TRIAL DEMANDED**

<u>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**</u>

Plaintiff Daedalus Prime LLC ("Daedalus Prime" or "Plaintiff") files this Notice of Appearance and hereby notifies the Court and all parties of record that Justin Constant of the law firm Blue Peak Law Group LLP, 3139 West Holcombe Blvd., PMB 8160, Houston, Texas 77025, is appearing as counsel for Daedalus Prime in the above-referenced matter.

Date: April 22, 2026

Respectfully Submitted,

<u>*/s/ Justin Constant*</u>
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Tel: (281) 972-3036

*Attorney for Plaintiff Daedalus Prime LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this 22nd day of April 2026.

/s/ *Justin Constant*
Justin Constant