**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>    *Defendant*. | Civil Action No. 1:26-CV-00081-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF DAEDALUS PRIME LLC'S NOTICE OF RELATED CASES

Pursuant to this Court's Order Governing Proceedings – Patent Cases, Plaintiff Daedalus Prime LLC ("Daedalus Prime") hereby notifies this Court of the following cases which share at least one common asserted patent:

- *Daedalus Prime LLC v. Google LLC*, Civil Action No. 7:25-cv-00313-DC-DTG (W.D. Tex.) ("Google Action"), currently assigned to Judge Counts and referred to Judge Gilliland. The Google Action includes assertions of U.S. Patent No. 8,984,228 and U.S. Patent No. 10,372,197, which are asserted in this case. The Google Action also includes an assertion of U.S. Patent No. 8,775,833, which claims priority to this case's asserted U.S. Patent No. 8,769,316. Judge Gilliland has scheduled an in-person *Markman* hearing in the Google Action for June 3, 2026 (Google Action, Dkt. 68), approximately 40 days before the previously scheduled *Markman* hearing in this case (*see* Dkt. 33).

Dated: April 24, 2026                    Respectfully submitted,

    */s/ Richard Koehl*
Garland Stephens
  LEAD ATTORNEY
  Texas Bar No. 24053910
  garland@bluepeak.law
Justin Constant
  Texas Bar No. 24067551
  justin@bluepeak.law
Richard Koehl
  Texas Bar No. 24115754
  richard@bluepeak.law
John Brinkmann
  Texas Bar No. 24068091
  john@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX  77025
Telephone: 281-972-3036

Robert Magee
  California Bar No. 271443
  robert@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: 281-972-3036

Heng Gong
  New York Bar No. 4930509
  heng@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
PO Box 20006
New York, NY 10025
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
Grace Yang
State Bar No. 24144144
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor

- 2 -

Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com
gyang@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: wellerman@cjsjlaw.com
*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, the foregoing document, *PLAINTIFF DAEDALUS PRIME LLC'S NOTICE OF RELATED CASES*, was served on all counsel of record via CM/ECF.

/s/ Richard Koehl