**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| Daedalus Prime LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Case No. 1:26-cv-00081-ADA |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Marvell Technology, Inc. | § | |
| | § | |
| *Defendant*. | § | |

## JOINT MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

Plaintiff Daedalus Prime LLC and Defendant Marvell Technology, Inc. move for entry of the Stipulated Protective Order (attached as Exhibit A).

Given the nature of the claims in this lawsuit, certain of the discovery in this case is likely to include documents and information containing confidential proprietary and business information of the parties. Therefore, the parties jointly represent that good cause exists to enter these orders and respectfully request that the Court do so.

Date: May 6, 2026

*/s/ Justin Constant*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

Respectfully submitted,

*/s/ Karineh Khachatourian*

Karineh Khachatourian (pro hac vice)
Trevor Giampaoli (pro hac vice)
Haley Sinfield (pro hac vice)
KXT LAW, LLP
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

Jennifer P. Ainsworth

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stevens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Robert Magee
California Bar No. 271443
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

*Attorneys for Defendant Marvell
Technology, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Texas, Austin Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Justin Constant*
Justin Constant

1