**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION**

DAEDALUS PRIME LLC
      Plaintiff

v.

MARVELL TECHNOLOGY, INC.
      Defendant

Civil Action No.: 1:26-cv-00081-ADA

**DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF DEFENDANT
MARVELL TECHNOLOGY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Karineh Khachatourian, declare as follows:

1.      I am a partner with the law firm of KXT Law, LLP, and am lead counsel for Defendant Marvell Technology, Inc. ("Marvell") in the above-referenced matter. I submit this declaration in support of Marvell's Opening Claim Construction Brief. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those I am informed and believe them to be true and could and would competently testify thereto. In making this declaration, it is not my intention, nor the intention of Marvell, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2.      Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 8,769,316 B2, issued on July 1, 2014, assigned to Intel Corporation.

3.      Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 10,372,197 B2, issued on August 6, 2019, assigned to Intel Corporation.

4.      Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 10,705,960 B2, issued on July 7, 2020, assigned to Intel Corporation.

5.      Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 10,725,919 B2, issued on July 28, 2020, assigned to Intel Corporation.

6.      Attached hereto as **Exhibit E** (bearing Bates Nos. MARVEL00014676-14679) is a true and correct copy of a press release issued by Intel Corporation, titled "Intel Technology In New Mobile Pentium III Processors Turbo-Charges Mobile PCs," which I caused to be captured from https://www.intel.com/pressroom/archive/releases/2000/mp011800.htm on April 22, 2026.

7.      Attached hereto as **Exhibit F** (bearing Bates Nos. MARVEL00014580-14644) is a true and correct copy of a research article titled "A Taxonomy and Survey of Energy-Efficient Data Centers and Cloud Computing Systems" by Anton Beloglazov et al., which I am informed and believe was featured in *Advances in Computers*, Vol. 82.

8.      Attached hereto as **Exhibit G** (bearing Bates Nos. MARVEL00014647-14653) is a true and correct copy of a research article titled "A 32-bit PowerPC System-on-a-Chip With Support for Dynamic Voltage Scaling and Dynamic Frequency Scaling" by Kevin J. Nowka et al., which I am informed and believe was featured in *IEEE Journal of Solid-State Circuits*, Vol. 37, No. 11 (dated November 2002).

9.      Attached hereto as **Exhibit H** (bearing Bates Nos. MARVEL00014660-14675) is a true and correct copy of a research article titled "Adaptive Power Control with Online Model Estimation for Chip Multiprocessors" by Xiaorui Wang et al., which I am informed and believe was featured in *IEEE Transactions on Parallel and Distributed Systems*, Vol. 22, No. 10 (dated October 2011).

10.     Attached hereto as **Exhibit I** (bearing Bates Nos. MARVEL00014697-14701) is a true and correct copy of a webpage from Intel Corporation titled "What is Hyper-Threading?", which  I caused to be captured from

https://www.intel.com/content/www/us/en/gaming/resources/hyper-threading.html on April 22, 2026.

11.     Attached hereto as **Exhibit J** (bearing Bates Nos. MARVEL00014654-14659) is a true and correct copy of a research article titled "A small footprint interleaved multithreaded processor for embedded systems" by Charly Bechara et al., which I am informed and believe was

featured in *2011 18th IEEE International Conference on Electronics, Circuits, and Systems*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of May, 2026, at Redwood City, California.

/s/ *Karineh Khachatourian*
Karineh Khachatourian

4