**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DAEDALUS PRIME LLC,
     *Plaintiff,*

v.

MARVELL TECHNOLOGY, INC.,
     *Defendant.*

Civil Action No. 1:26-cv-00081-ADA

## <u>DECLARATION OF RICHARD KOEHL</u>

I, Richard Koehl, hereby declare as follows:

1.     My name is Richard Koehl. I am a partner at Blue Peak Law Group, LLP, counsel for plaintiff Daedalus Prime LLC. I have personal knowledge of and am competent to testify as to the facts herein.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts of Intel Corp., *Intel® 64 and IA-32 Architectures Software Developer's Manual, Volume 3A: System Programming Guide, Part 1*, Order No. 253668-023US (May 2007).

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts of *Advanced Configuration and Power Interface Specification*, Rev. 4.0a (Apr. 5, 2010).

4.     Attached hereto as Exhibit C is a true and correct copy of the *Merriam-Webster Dictionary* entry for "workload," *available at* https://www.merriam-webster.com/dictionary/workload (last accessed Mar. 16, 2026).

5.     Attached hereto as Exhibit D is a true and correct copy of the *Oxford English Dictionary* entry for "workload," *available at* https://www.oed.com/dictionary/workload_n (last accessed Mar. 16, 2026).

6.   Attached hereto as Exhibit E is a true and correct copy of excerpts of John L. Hennessy & David A. Patterson, *Computer Architecture: A Quantitative Approach* (5th ed. 2012).

7.   Attached hereto as Exhibit F is a true and correct copy of excerpts of John L. Hennessy & David A. Patterson, *Computer Architecture: A Quantitative Approach* (4th ed. 2007).

8.   Attached hereto as Exhibit G is a true and correct copy of excerpts of the *Oxford English Dictionary* entry for "be," *available at* https://www.oed.com/dictionary/be_v (last accessed Mar. 16, 2026).

9.   Attached hereto as Exhibit H, and filed under seal in accordance with this Court's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions dated February 13, 2025, is a true and correct copy of excerpts from a confidential technical document produced in discovery by defendant Marvell Technology, Inc. ("Marvell"), with highlighting added.  Marvell has designated this document as Confidential – Outside Attorneys' Eyes Only pursuant to the Court's OGP and Protective Order.

I, Richard Koehl, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 1, 2026 in Austin, Texas.

/s/ Richard Koehl
Richard Koehl

2