# EXHIBIT A



# Intel® 64 and IA-32 Architectures Software Developer's Manual

## Volume 3A:
## System Programming Guide, Part 1

**NOTE:** The *Intel® 64 and IA-32 Architectures Software Developer's Manual* consists of five volumes: *Basic Architecture*, Order Number 253665; *Instruction Set Reference A-M*, Order Number 253666; *Instruction Set Reference N-Z*, Order Number 253667; *System Programming Guide, Part 1*, Order Number 253668; *System Programming Guide, Part 2*, Order Number 253669. Refer to all five volumes when evaluating your design needs.

Order Number: 253668-023US
May 2007

PUB_DPMT00005249

Information in this document is provided in connection with Intel products. No license, express or implied, by estoppel or otherwise, to any intellectual property rights is granted by this document. Except as provided in Intel's Terms and Conditions of Sale for such products, Intel assumes no liability whatsoever, and Intel disclaims any express or implied warranty, relating to sale and/or use of Intel products including liability or warranties relating to fitness for a particular purpose, merchantability, or infringement of any patent, copyright or other intellectual property right. Intel products are not intended for use in medical, life saving, or life sustaining applications.

Intel may make changes to specifications and product descriptions at any time, without notice.

Developers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Improper use of reserved or undefined features or instructions may cause unpredictable behavior or failure in developer's software code when running on an Intel processor. Intel reserves these features or instructions for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from their unauthorized use.

The Intel$^®$ 64 architecture processors may contain design defects or errors known as errata. Current characterized errata are available on request.

Hyper-Threading Technology requires a computer system with an Intel$^®$ processor supporting Hyper-Threading Technology and an HT Technology enabled chipset, BIOS and operating system. Performance will vary depending on the specific hardware and software you use. For more information, see http://www.intel.com/technology/hyperthread/index.htm; including details on which processors support HT Technology.

Intel$^®$ Virtualization Technology requires a computer system with an enabled Intel$^®$ processor, BIOS, virtual machine monitor (VMM) and for some uses, certain platform software enabled for it. Functionality, performance or other benefits will vary depending on hardware and software configurations. Intel$^®$ Virtualization Technology-enabled BIOS and VMM applications are currently in development.

64-bit computing on Intel architecture requires a computer system with a processor, chipset, BIOS, operating system, device drivers and applications enabled for Intel$^®$ 64 architecture. Processors will not operate (including 32-bit operation) without an Intel$^®$ 64 architecture-enabled BIOS. Performance will vary depending on your hardware and software configurations. Consult with your system vendor for more information.

Enabling Execute Disable Bit functionality requires a PC with a processor with Execute Disable Bit capability and a supporting operating system. Check with your PC manufacturer on whether your system delivers Execute Disable Bit functionality.

Intel, Pentium, Intel Xeon, Intel NetBurst, Intel Core Solo, Intel Core Duo, Intel Core 2 Duo, Intel Core 2 Extreme, Intel Pentium D, Itanium, Intel SpeedStep, MMX, and VTune are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

*Other names and brands may be claimed as the property of others.

Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order.

Copies of documents which have an ordering number and are referenced in this document, or other Intel literature, may be obtained from:

      Intel Corporation
      P.O. Box 5937
      Denver, CO 80217-9808

or call 1-800-548-4725
or visit Intel's website at http://www.intel.com

Copyright © 1997-2007 Intel Corporation

PUB_DPMT00005250

# CHAPTER 13
# POWER AND THERMAL MANAGEMENT

This chapter describes facilities of Intel 64 and IA-32 architecture used for power management and thermal monitoring.

## 13.1    ENHANCED INTEL SPEEDSTEP® TECHNOLOGY

Enhanced Intel SpeedStep® Technology was introduced in the Pentium M processor; it is available in Pentium 4, Intel Xeon, Intel® Core™ Solo, Intel® Core™ Duo, and Intel® Core™2 Duo processors. The technology manages processor power consumption using performance state transitions. These states are defined as discrete operating points associated with different frequencies.

Enhanced Intel SpeedStep Technology differs from previous generations of Intel SpeedStep Technology in two ways:

- Centralization of the control mechanism and software interface in the processor by using model-specific registers.
- Reduced hardware overhead; this permits more frequent performance state transitions.

Previous generations of the Intel SpeedStep Technology require processors to be a deep sleep state, holding off bus master transfers for the duration of a performance state transition. Performance state transitions under the Enhanced Intel SpeedStep Technology are discrete transitions to a new target frequency.

Support is indicated by CPUID, using ECX feature bit 07. Enhanced Intel SpeedStep Technology is enabled by setting IA32_MISC_ENABLE MSR, bit 16. On reset, bit 16 of IA32_MISC_ENABLE MSR is cleared.

### 13.1.1    Software Interface For Initiating Performance State Transitions

State transitions are initiated by writing a 16-bit value to the IA32_PERF_CTL register, see Figure 13-2. If a transition is already in progress, transition to a new value will subsequently take effect.

Reads of IA32_PERF_CTL determine the last targeted operating point. The current operating point can be read from IA32_PERF_STATUS. IA32_PERF_STATUS is updated dynamically.

The 16-bit encoding that defines valid operating points is model-specific. Applications and performance tools are not expected to use either IA32_PERF_CTL or IA32_PERF_STATUS and should treat both as reserved. Performance monitoring

PUB_DPMT00005761

POWER AND THERMAL MANAGEMENT

tools can access model-specific events and report the occurrences of state transitions.

## 13.2    P-STATE HARDWARE COORDINATION

The Advanced Configuration and Power Interface (ACPI) defines performance states (P-state) that are used facilitate system software's ability to manage processor power consumption. Different P-state correspond to different performance levels that are applied while the processor is actively executing instructions. Enhanced Intel SpeedStep Technology supports P-state by providing software interfaces that control the operating frequency and voltage of a processor.

With multiple processor cores residing in the same physical package, hardware dependencies may exist for a subset of logical processors on a platform. These dependencies may impose requirements that impact coordination of P-state transitions. As a result, multi-core processors may require an OS to provide additional software support for coordinating P-state transitions for those subsets of logical processors.

A BIOS (following ACPI 3.0 specification) can choose to expose P-state as dependent and hardware-coordinated to OS power management (OSPM) policy. To support OSPMs, multi-core processors must have additional built-in support for P-state hardware coordination and feedback.

Intel 64 and IA-32 processors with dependent P-state amongst a subset of logical processors permit hardware coordination of P-state and provide a hardware-coordination feedback mechanism using IA32_MPERF MSR and IA32_APERF MSR. See Figure 13-1 for an overview of the two 64-bit MSRs and the bullets below for a detailed description:



**Figure 13-1.  IA32_MPERF MSR and IA32_APERF MSR for P-state Coordination**

- Use CPUID to check the P-State hardware coordination feedback capability bit. CPUID.06H.ECX[Bit 0] = 1 indicates IA32_MPERF MSR and IA32_APERF MSR are present.
- IA32_MPERF MSR (0xE7) increments in proportion to a fixed frequency, which is configured when the processor is booted.

PUB_DPMT00005762

- IA32_APERF MSR (0xE8) increments in proportion to actual performance, while accounting for hardware coordination of P-state and TM1/TM2; or software initiated throttling.
- The MSRs are per logical processor; they measure performance only when the targeted processor is in the C0 state.
- Only the IA32_APERF/IA32_MPERF ratio is architecturally defined; software should not attach meaning to the content of the individual of IA32_APERF or IA32_MPERF MSRs.
- When either MSR overflows, both MSRs are reset to zero and continue to increment.
- Both MSRs are full 64-bits counters. Each MSR can be written to independently. However, software should follow the guidelines illustrated in Example 13-1.

If P-states are exposed by the BIOS as hardware coordinated, software is expected to confirm processor support for P-state hardware coordination feedback and use the feedback mechanism to make P-state decisions. The OSPM is expected to either save away the current MSR values (for determination of the delta of the counter ratio at a later time) or reset both MSRs (execute WRMSR with 0 to these MSRs individually) at the start of the time window used for making the P-state decision. When not reset-ting the values, overflow of the MSRs can be detected by checking whether the new values read are less than the previously saved values.

Example 13-1 demonstrates steps for using the hardware feedback mechanism provided by IA32_APERF MSR and IA32_MPERF MSR to determine a target P-state.

### Example 13-1.  Determine Target P-state From Hardware Coordinated Feedback

```
DWORD PercentBusy; // Percentage of processor time not idle.
    // Measure "PercentBusy" during previous sampling window.
    // Typically, "PercentBusy" is measure over a time scale suitable for
    // power management decisions
    //
    // RDMSR of MCNT and ACNT should be performed without delay.
    // Software needs to exercise care to avoid delays between
    // the two RDMSRs (for example, interrupts).
    MCNT = RDMSR(IA32_MPERF);
    ACNT = RDMSR(IA32_APERF);

    // PercentPerformance indicates the percentage of the processor
    // that is in use. The calculation is based on the PercentBusy,
    // that is the percentage of processor time not idle and the P-state
    // hardware coordinated feedback using the ACNT/MCNT ratio.
    // Note that both values need to be calculated over the same
    // time window.
        PercentPerformance = PercentBusy * (ACNT/MCNT);
```

PUB_DPMT00005763

```
// This example does not cover the additional logic or algorithms
//  necessary to coordinate multiple logical processors to a target P-state.

TargetPstate = FindPstate(PercentPerformance);

if (TargetPstate != currentPstate) {
    SetPState(TargetPstate);
}
WRMSR(IA32_MPERF, 0);
WRMSR(IA32_APERF, 0);
```

## 13.3   SYSTEM SOFTWARE CONSIDERATIONS AND OPPORTUNISTIC PROCESSOR PERFORMANCE OPERATION

An Intel 64 processor may support a form of processor operation that takes advantage of design headroom to opportunistically increase performance.

### 13.3.1   Intel Dynamic Acceleration

Intel Core 2 Duo processor T 7700 introduces Intel Dynamic Acceleration (IDA). IDA takes advantage of thermal design headroom and opportunistically allows a single core to operate at a higher performance level when the operating system requests increased performance.

### 13.3.2   System Software Interfaces for Opportunistic Processor Performance Operation

Opportunistic processor operation, such as Intel Dynamic Acceleration, has the following characteristics:

- A transition from a normal state of operation (e.g. IDA disengaged) to a target state is not guaranteed, but may occur opportunistically after the corresponding enable mechanism is activated, the headroom is available and certain criteria are met.
- The opportunistic processor performance operation is generally transparent to most application software.
- System software (BIOS and Operating system) must be aware of hardware support for opportunistic processor performance operation and may need to

PUB_DPMT00005764

temporarily disengage opportunistic processor performance operation when it requires more predictable processor operation.

- When opportunistic processor performance operation is engaged, the OS should use hardware coordination feedback mechanisms to prevent un-intended policy effects if it is activated during inappropriate situations.

### 13.3.2.1 Discover Hardware Support and Enabling of Opportunistic Processor Operation

If an Intel 64 processor has hardware support for opportunistic processor performance operation, the power-on default state of IA32_MISC_ENABLES[38] indicates the presence of such hardware support. For Intel 64 processors that support opportunistic processor performance operation, the default value is 1, indicating its presence. For processors that do not support opportunistic processor performance operation, the default value is 0. The power-on default value of IA32_MISC_ENABLES[38] allows BIOS to detect the presence of hardware support of opportunistic processor performance operation.

IA32_MISC_ENABLES[38] is shared across all logical processors in a physical package. It is written by BIOS during platform initiation to enable/disable opportunistic processor operation in conjunction of OS power management capabilities, see Section 13.3.2.2. BIOS can set IA32_MISC_ENABLES[38] with 1 to disable opportunistic processor performance operation; it must clear the default value of IA32_MISC_ENABLES[38] to 0 to enable opportunistic processor performance operation. OS and applications must use CPUID leaf 06H if it needs to detect processors that has opportunistic processor operation enabled.

When CPUID is executed with EAX = 06H on input, Bit 1 of EAX in Leaf 06H (i.e. CPUID.06H:EAX[1]) indicates opportunistic processor performance operation, such as IDA, has been enabled by BIOS.

Opportunistic processor performance operation can be disabled by setting bit 38 of IA32_MISC_ENABLES. This mechanism is intended for BIOS only. If IA32_MISC_ENABLES[38] is set, CPUID.06H:EAX[1] will return 0.

### 13.3.2.2 OS Control of Opportunistic Processor Performance Operation

There may be phases of software execution in which system software cannot tolerate the non-deterministic aspects of opportunistic processor performance operation. For example, when calibrating a real-time workload to make a CPU reservation request to the OS, it may be undesirable to allow the possibility of the processor delivering increased performance that cannot be sustained after the calibration phase.

System software can temporarily disengage opportunistic processor performance operation by setting bit 32 of the IA32_PERF_CTL MSR (0199H), using a read-modify-write sequence on the MSR. The opportunistic processor performance operation can be re-engaged by clearing bit 32 in IA32_PERF_CTL MSR, using a read-modify-write sequence. The DISENAGE bit in IA32_PERF_CTL is not reflected in bit

PUB_DPMT00005765

32 of the IA32_PERF_STATUS MSR (0198H), and it is not shared between logical processors in a physical package. In order for OS to engage IDA, the BIOS must

- enable opportunistic processor performance operation, as described in Section 13.3.2.1,

- expose the operating points associated with IDA to the OS.



**Figure 13-2.  IA32_PERF_CTL Register**

### 13.3.2.3    Required Changes to OS Power Management P-state Policy

Intel Dynamic Acceleration (IDA) can provide opportunistic performance greater than the performance level corresponding to the maximum qualified frequency of the processor (see CPUID's brand string information). System software can use a pair of MSRs to observe performance feedback. Software must query for the presence of IA32_APERF and IA32_MPERF (see Section 13.2). The ratio between IA32_APERF and IA32_MPERF is architecturally defined and a value greater than unity indicates performance increase occurred during the observation period due to IDA. Without incorporating such performance feedback, the target P-state evaluation algorithm can result in a non-optimal P-state target.

There are other scenarios under which OS power management may want to disable IDA, some of these are listed below:

- When engaging ACPI defined passive thermal management, it may be more effective to disable IDA for the duration of passive thermal management.

- When the user has indicated a policy preference of power savings over performance, OS power management may want to disable IDA while that policy is in effect.

## 13.4    MWAIT EXTENSIONS FOR ADVANCED POWER MANAGEMENT

IA-32 processors may support a number of C-states[1] that reduce power consumption for inactive states. Intel Core Solo and Intel Core Duo processors support both

PUB_DPMT00005766

deeper C-state and MWAIT extensions that can be used by OS to implement power management policy.

Software should use CPUID to discover if a target processor supports the enumeration of MWAIT extensions. If CPUID.05H.ECX[Bit 0] = 1, the target processor supports MWAIT extensions and their enumeration (see Chapter 3, "Instruction Set Reference, A-M," of *Intel® 64 and IA-32 Architectures Software Developer's Manual, Volume 2A)*.

If CPUID.05H.ECX[Bit 1] = 1, the target processor supports using interrupts as break-events for MWAIT, even when interrupts are disabled. Use this feature to measure C-state residency as follows:

- Software can write to bit 0 in the MWAIT Extensions register (ECX) when issuing an MWAIT to enter into a processor-specific C-state or sub C-state.

- When a processor comes out of an inactive C-state or sub C-state, software can read a timestamp before an interrupt service routine (ISR) is potentially executed.

CPUID.05H.EDX allows software to enumerate processor-specific C-states and sub C-states available for use with MWAIT extensions. IA-32 processors may support more than one C-state of a given C-state type. These are called sub C-states. Numerically higher C-state have higher power savings and latency (upon entering and exiting) than lower-numbered C-state.

At CPL = 0, system software can specify desired C-state and sub C-state by using the MWAIT hints register (EAX). Processors will not go to C-state and sub C-state deeper than what is specified by the hint register. If CPL > 0 and if MONITOR/MWAIT is supported at CPL > 0, the processor will only enter C1-state (regardless of the C-state request in the hints register).

Executing MWAIT generates an exception on processors operating at a privilege level where MONITOR/MWAIT are not supported.

### NOTE

If MWAIT is used to enter a C-state (including sub C-state) that is numerically higher than C1, a store to the address range armed by MONITOR instruction will cause the processor to exit MWAIT if the store was originated by other processor agents. A store from non-processor agent may not cause the processor to exit MWAIT.

---

1. The processor-specific C-states defined in MWAIT extensions can map to ACPI defined C-state types (C0, C1, C2, C3). The mapping relationship depends on the definition of a C-state by processor implementation and is exposed to OSPM by the BIOS using the ACPI defined _CST table.

PUB_DPMT00005767