# EXHIBIT B

# Advanced Configuration and Power Interface Specification

**Hewlett-Packard Corporation**
**Intel Corporation**
**Microsoft Corporation**
**Phoenix Technologies Ltd.**
**Toshiba Corporation**

**Revision 4.0a**
**April 5, 2010**

PUB_DPMT00006557

ii

**Copyright © 1996-2010, Hewlett-Packard Corporation, Intel Corporation, Microsoft Corporation, Phoenix Technologies Ltd., Toshiba Corporation**
**All rights reserved.**


**INTELLECTUAL PROPERTY DISCLAIMER**

**THIS SPECIFICATION IS PROVIDED "AS IS" WITH NO WARRANTIES WHATSOEVER INCLUDING ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY WARRANTY OTHERWISE ARISING OUT OF ANY PROPOSAL, SPECIFICATION, OR SAMPLE.**

**NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED OR INTENDED HEREBY.**

**HP, INTEL, MICROSOFT, PHOENIX, AND TOSHIBA DISCLAIM ALL LIABILITY, INCLUDING LIABILITY FOR INFRINGEMENT OF PROPRIETARY RIGHTS, RELATING TO IMPLEMENTATION OF INFORMATION IN THIS SPECIFICATION. HP, INTEL, MICROSOFT, PHOENIX, AND TOSHIBA DO NOT WARRANT OR REPRESENT THAT SUCH IMPLEMENTATION(S) WILL NOT INFRINGE SUCH RIGHTS.**




Microsoft, Win32, Windows, and Windows NT are registered trademarks of Microsoft Corporation.
All other product names are trademarks, registered trademarks, or service marks of their respective owners.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006558

***Firmware ACPI Control Structure (FACS)***
A structure in read/write memory that the BIOS uses for handshaking between the firmware and the OS. The FACS is passed to an ACPI-compatible OS via the Fixed ACPI Description Table (FADT). The FACS contains the system's hardware signature at last boot, the firmware waking vector, and the Global Lock.

***Fixed ACPI Description Table (FADT)***
A table that contains the ACPI Hardware Register Block implementation and configuration details that the OS needs to directly manage the ACPI Hardware Register Blocks, as well as the physical address of the DSDT, which contains other platform implementation and configuration details. An OEM must provide an FADT to an ACPI-compatible OS in the RSDT/XSDT. The OS always inserts the namespace information defined in the Differentiated Definition Block in the DSDT into the ACPI Namespace at system boot time, and the OS never removes it.

***Fixed Features***
A set of features offered by an ACPI interface. The ACPI specification places restrictions on where and how the hardware programming model is generated. All fixed features, if used, are implemented as described in this specification so that OSPM can directly access the fixed feature registers.

***Fixed Feature Events***
A set of events that occur at the ACPI interface when a paired set of status and event bits in the fixed feature registers are set at the same time. When a fixed feature event occurs, a system control interrupt (SCI is raised. For ACPI fixed feature events, OSPM (or an ACPI-aware driver) acts as the event handler.

***Fixed Feature Registers***
A set of hardware registers in fixed feature register space at specific address locations in system I/O address space. ACPI defines register blocks for fixed features (each register block gets a separate pointer from the FADT). For more information, see section 4.6, "ACPI Hardware Features."

***General-Purpose Event Registers***
The general-purpose event registers contain the event programming model for generic features. All general-purpose events generate SCIs.

***Generic Feature***
A generic feature of a platform is value-added hardware implemented through control methods and general-purpose events.

***Global System States***
Global system states apply to the entire system, and are visible to the user. The various global system states are labeled G0 through G3 in the ACPI specification. For more information, see section 2.2, "Global System State Definitions."

***Ignored Bits***
Some unused bits in ACPI hardware registers are designated as "ignored" in the ACPI specification. Ignored bits are undefined and can return zero or one (in contrast to reserved bits, which always return zero). Software ignores ignored bits in ACPI hardware registers on reads and preserves ignored bits on writes.

***Intel Architecture-Personal Computer (IA-PC)***
A general descriptive term for computers built with processors conforming to the architecture defined by the Intel processor family based on the Intel Architecture instruction set and having an industry-standard PC architecture.

***I/O APIC***
An Input/Output Advanced Programmable Interrupt Controller routes interrupts from devices to the processor's local APIC.

***I/O SAPIC***
An Input/Output Streamlined Advanced Programmable Interrupt Controller routes interrupts from devices to the processor's local APIC.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006591

36   Advanced Configuration and Power Interface Specification

*Legacy*
> A computer state where power management policy decisions are made by the platform hardware/firmware shipped with the system. The legacy power management features found in today's systems are used to support power management in a system that uses a legacy OS that does not support the OS-directed power management architecture.

*Legacy Hardware*
> A computer system that has no ACPI or OSPM power management support.

*Legacy OS*
> An OS that is not aware of and does not direct the power management functions of the system. Included in this category are operating systems with APM 1.*x* support.

*Local APIC*
> A local Advanced Programmable Interrupt Controller receives interrupts from the I/O APIC.

*Local SAPIC*
> A local Streamlined Advanced Programmable Interrupt Controller receives interrupts from the I/O SAPIC.

*Multiple APIC Description Table (MADT)*
> The Multiple APIC Description Table (MADT) is used on systems supporting the APIC and SAPIC to describe the APIC implementation. Following the MADT is a list of APIC/SAPIC structures that declare the APIC/SAPIC features of the machine.

*Object*
> The nodes of the ACPI Namespace are objects inserted in the tree by the OS using the information in the system definition tables. These objects can be data objects, package objects, control method objects, and so on. Package objects refer to other objects. Objects also have type, size, and relative name.

*Object name*
> Part of the ACPI Namespace. There is a set of rules for naming objects.

*Operating System-directed Power Management (OSPM)*
> A model of power (and system) management in which the OS plays a central role and uses global information to optimize system behavior for the task at hand.

*Package*
> An array of objects.

*Power Button*
> A user push button or other switch contact device that switches the system from the sleeping/soft off state to the working state, and signals the OS to transition to a sleeping/soft off state from the working state.

*Power Management*
> Mechanisms in software and hardware to minimize system power consumption, manage system thermal limits, and maximize system battery life. Power management involves trade-offs among system speed, noise, battery life, processing speed, and alternating current (AC) power consumption. Power management is required for some system functions, such as appliance (for example, answering machine, furnace control) operations.

*Power Resources*
> Resources (for example, power planes and clock sources) that a device requires to operate in a given power state.

*Power Sources*
> The battery (including a UPS battery) and AC line powered adapters or power supplies that supply power to a platform.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006592

Some resources, however, may be shared amongst several devices. To describe this, devices that share a resource (resource consumers) must use the extended resource descriptors (0x7-0xA) described in section 6.4.3, "Large Resource Data Type." These descriptors point to a single device object (resource producer) that claims the shared resource in its _PRS. This allows OSPM to clearly understand the resource dependencies in the system and move all related devices together if it needs to change resources. Furthermore, it allows OSPM to allocate resources only to resource producers when devices that consume that resource appear.

The device configuration objects are listed in Table 6-5.

**Table 6-5   Device Configuration Objects**

| Object | Description |
| --- | --- |
| _CDM | Object that specifies a clock domain for a processor. |
| _CRS | Object that specifies a device's *current* resource settings, or a control method that generates such an object. |
| _DIS | Control method that disables a device. |
| _DMA | Object that specifies a device's *current* resources for DMA transactions. |
| _FIX | Object used to provide correlation between the fixed-hardware register blocks defined in the FADT and the devices that implement these fixed-hardware registers. |
| _GSB | Object that provides the Global System Interrupt Base for a hot-plugged I/O APIC device. |
| _HPP | Object that specifies the cache-line size, latency timer, SERR enable, and PERR enable values to be used when configuring a PCI device inserted into a hot-plug slot or initial configuration of a PCI device at system boot. |
| _HPX | Object that provides device parameters when configuring a PCI device inserted into a hot-plug slot or initial configuration of a PCI device at system boot. Supersedes _HPP. |
| _MAT | Object that evaluates to a buffer of MADT APIC Structure entries. |
| _OSC | An object OSPM evaluates to convey specific software support / capabilities to the platform allowing the platform to configure itself appropriately. |
| _PRS | An object that specifies a device's *possible* resource settings, or a control method that generates such an object. |
| _PRT | Object that specifies the PCI interrupt routing table. |
| _PXM | Object that specifies a proximity domain for a device. |
| _SLI | Object that provides updated distance information for a system locality. |
| _SRS | Control method that sets a device's settings. |

## 6.2.1   _CDM (Clock Domain)

This optional object conveys the processor clock domain to which a processor belongs. A processor clock domain is a unique identifier representing the hardware clock source providing the input clock for a given set of processors. This clock source drives software accessible internal counters, such as the Time Stamp Counter, in each processor. Processor counters in the same clock domain are driven by the same hardware clock source. In multi-processor platforms that utilize multiple clock domains, such counters may exhibit drift when compared against processor counters on different clock domains.

The _CDM object evaluates to an integer that identifies the device as belonging to a specific clock domain. OSPM assumes that two devices in the same clock domain are connected to the same hardware clock.

Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba

PUB_DPMT00006767

212    Advanced Configuration and Power Interface Specification

Arguments:
    None

Return Value:
    An **Integer** (DWORD) containing a clock domain identifier.

In the case the platform does not convey any clock domain information to OSPM via the SRAT or the _CDM object, OSPM assumes all logical processors to be on a common clock domain. If the platform defines _CDM object  under a logical processor then it must define _CDM objects under all logical processors whose clock domain information is not provided via the SRAT.

## 6.2.2_CRS (Current Resource Settings)

This required object evaluates to a byte stream that describes the system resources currently allocated to a device. Additionally, a bus device must supply the resources that it decodes and can assign to its children devices. If a device is disabled, then _CRS returns a valid resource template for the device, but the actual resource assignments in the return byte stream are ignored. If the device is disabled when _CRS is called, it must remain disabled.

The format of the data contained in a _CRS object follows the formats defined in section 6.4, "Resource Data Types for ACPI," a compatible extension of the formats specified in the PNPBIOS specification.[9] The resource data is provided as a series of data structures, with each of the resource data structures having a unique tag or identifier. The resource descriptor data structures specify the standard PC system resources, such as memory address ranges, I/O ports, interrupts, and DMA channels.

Arguments:
    None

Return Value:
    A **Buffer** containing a resource descriptor byte stream

## 6.2.3   _DIS (Disable)

This control method disables a device. When the device is disabled, it must not be decoding any hardware resources. Prior to running this control method, OSPM will have already put the device in the D3 state.

When a device is disabled via the _DIS, the _STA control method for this device must return with the Disabled bit set.

Arguments:
    None

Return Value:
    None

## 6.2.4   _DMA (Direct Memory Access)

This optional object returns a byte stream in the same format as a _CRS object. _DMA is only defined under devices that represent buses. It specifies the ranges the bus controller (bridge) decodes on the child-side of its interface. (This is analogous to the _CRS object, which describes the resources that the bus controller decodes on the parent-side of its interface.) Any ranges described in the resources of a _DMA object can be used by child devices for DMA or bus master transactions.

---

[9] Plug and Play BIOS Specification Version 1.0A, May 5, 1994, Compaq Computer Corp., Intel Corp., Phoenix Technologies Ltd.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006768

## 8  Processor Configuration and Control

This section describes the configuration and control of the processor's power and performance states. The major controls over the processors are:

- Processor power states: C0, C1, C2, C3, … Cn
- Processor clock throttling
- Processor performance states: P0, P1, … Pn

These controls are used in combination by OSPM to achieve the desired balance of the following sometimes conflicting goals:

- Performance
- Power consumption and battery life
- Thermal requirements
- Noise-level requirements

Because the goals interact with each other, the operating software needs to implement a policy as to when and where tradeoffs between the goals are to be made[12]. For example, the operating software would determine when the audible noise of the fan is undesirable and would trade off that requirement for lower thermal requirements, which can lead to lower processing performance. Each processor configuration and control interface is discussed in the following sections along with how controls interacts with the various goals.

### 8.1  Processor Power States

ACPI defines the power state of system processors while in the G0 working state[13] as being either active (executing) or sleeping (not executing). Processor power states include are designated C0, C1, C2, C3, …Cn. The C0 power state is an active power state where the CPU executes instructions. The C1 through Cn power states are processor sleeping states where the processor consumes less power and dissipates less heat than leaving the processor in the C0 state. While in a sleeping state, the processor does not execute any instructions. Each processor sleeping state has a latency associated with entering and exiting that corresponds to the power savings. In general, the longer the entry/exit latency, the greater the power savings when in the state. To conserve power, OSPM places the processor into one of its supported sleeping states when idle. While in the C0 state, ACPI allows the performance of the processor to be altered through a defined "throttling" process and through transitions into multiple performance states (P-states). A diagram of processor power states is provided below.

---

[12] A thermal warning leaves room for operating system tradeoffs to occur (to start the fan or to reduce performance), but a critical thermal alert does not occur.

[13] Notice that these CPU states map into the G0 working state. The state of the CPU is undefined in the G3 sleeping state, the C$x$ states only apply to the G0 state.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

308   Advanced Configuration and Power Interface Specification



**Figure 8-1   Processor Power States**

ACPI defines logic on a per-CPU basis that OSPM uses to transition between the different processor power states. This logic is optional, and is described through the FADT table and processor objects (contained in the hierarchical namespace). The fields and flags within the FADT table describe the symmetrical features of the hardware, and the processor object contains the location for the particular CPU's clock logic (described by the P_BLK register block and _CST objects).

The P_LVL2 and P_LVL3 registers provide optional support for placing the system processors into the C2 or C3 states. The P_LVL2 register is used to sequence the selected processor into the C2 state, and the P_LVL3 register is used to sequence the selected processor into the C3 state. Additional support for the C3 state is provided through the bus master status and arbiter disable bits (BM_STS in the PM1_STS register and ARB_DIS in the PM2_CNT register). System software reads the P_LVL2 or P_LVL3 registers to enter the C2 or C3 power state. The Hardware must put the processor into the proper clock state precisely on the read operation to the appropriate P_LVLx register. The platform may alternatively define interfaces allowing OSPM to enter C-states using the _CST object, which is defined in Section 8.4.2.1, "_CST (C States)".

Processor power state support is symmetric when presented via the FADT and P_BLK interfaces; OSPM assumes all processors in a system support the same power states. If processors have non-symmetric power state support, then the BIOS will choose and use the lowest common power states supported by all the processors in the system through the FADT table. For example, if the CPU0 processor supports all power states up to and including the C3 state, but the CPU1 processor only supports the C1 power state, then OSPM will only place idle processors into the C1 power state (CPU0 will never be put into the C2 or C3 power states). Notice that the C1 power state must be supported. The C2 and C3 power states are optional (see the PROC_C1 flag in the FADT table description in section 5.2.6, "System Description Table Header").

The following sections describe processor power states in detail.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

**PUB_DPMT00006864**

### 8.1.1  Processor Power State C0

While the processor is in the C0 power state, it executes instructions. While in the C0 power state, OSPM can generate a policy to run the processor at less than maximum performance. The clock throttling mechanism provides OSPM with the functionality to perform this task in addition to thermal control. The mechanism allows OSPM to program a value into a register that reduces the processor's performance to a percentage of maximum performance.



**Figure 8-2   Throttling Example**

The FADT contains the duty offset and duty width values. The duty offset value determines the offset within the P_CNT register of the duty value. The duty width value determines the number of bits used by the duty value (which determines the granularity of the throttling logic). The performance of the processor by the clock logic can be expressed with the following equation:

$$\% \ Performance = \frac{dutysetting}{2^{dutywidth}} * 100\%$$

**Equation 1   Duty Cycle Equation**

Nominal performance is defined as "close as possible, but not below the indicated performance level." OSPM will use the duty offset and duty width to determine how to access the duty setting field. OSPM will then program the duty setting based on the thermal condition and desired power of the processor object. OSPM calculates the nominal performance of the processor using the equation expressed in Equation 1. Notice that a *dutysetting* of zero is reserved.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006865

310   Advanced Configuration and Power Interface Specification

For example, the clock logic could use the stop grant cycle to emulate a divided processor clock frequency on an IA processor (through the use of the STPCLK# signal). This signal internally stops the processor's clock when asserted LOW. To implement logic that provides eight levels of clock control, the STPCLK# pin could be asserted as follows (to emulate the different frequency settings):



**Figure 8-3   Example Control for the STPCLK#**

To start the throttling logic OSPM sets the desired duty setting and then sets the THT_EN bit HIGH. To change the duty setting, OSPM will first reset the THT_EN bit LOW, then write another value to the duty setting field while preserving the other unused fields of this register, and then set the THT_EN bit HIGH again.

The example logic model is shown below:



**Figure 8-4   ACPI Clock Logic (One per Processor)**

Implementation of the ACPI processor power state controls minimally requires the support a single CPU sleeping state (C1). All of the CPU power states occur in the G0/S0 system state; they have no meaning when the system transitions into the sleeping state(S1-S4). ACPI defines the attributes (semantics) of the different CPU states (defines four of them). It is up to the platform implementation to map an appropriate low-power CPU state to the defined ACPI CPU state.

ACPI clock control is supported through the optional processor register block (P_BLK). ACPI requires that there be a unique processor register block for each CPU in the system. Additionally, ACPI requires that the clock logic for multiprocessor systems be symmetrical when using the P_BLK and FADT interfaces; if the P0 processor supports the C1, C2, and C3 states, but P1 only supports the C1 state, then OSPM will limit all processors to enter the C1 state when idle.

The following sections define the different ACPI CPU sleeping states.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006866

### 8.1.2   Processor Power State C1

All processors must support this power state. This state is supported through a native instruction of the processor (HLT for IA 32-bit processors), and assumes no hardware support is needed from the chipset. The hardware latency of this state must be low enough that OSPM does not consider the latency aspect of the state when deciding whether to use it. Aside from putting the processor in a power state, this state has no other software-visible effects. In the C1 power state, the processor is able to maintain the context of the system caches.

The hardware can exit this state for any reason, but must always exit this state when an interrupt is to be presented to the processor.

### 8.1.3   Processor Power State C2

This processor power state is optionally supported by the system. If present, the state offers improved power savings over the C1 state and is entered by using the P_LVL2 command register for the local processor or an alternative mechanism as indicated by the _CST object. The worst-case hardware latency for this state is declared in the FADT and OSPM can use this information to determine when the C1 state should be used instead of the C2 state. Aside from putting the processor in a power state, this state has no other software-visible effects. OSPM assumes the C2 power state has lower power and higher exit latency than the C1 power state.

The C2 power state is an optional ACPI clock state that needs chipset hardware support. This clock logic consists of an interface that can be manipulated to cause the processor complex to precisely transition into a C2 power state. In a C2 power state, the processor is assumed capable of keeping its caches coherent; for example, bus master and multiprocessor activity can take place without corrupting cache context.

The C2 state puts the processor into a low-power state optimized around multiprocessor and bus master systems. OSPM will cause an idle processor complex to enter a C2 state if there are bus masters or Multiple processor activity (which will prevent OSPM from placing the processor complex into the C3 state). The processor complex is able to snoop bus master or multiprocessor CPU accesses to memory while in the C2 state.

The hardware can exit this state for any reason, but must always exit this state whenever an interrupt is to be presented to the processor.

### 8.1.4   Processor Power State C3

This processor power state is optionally supported by the system. If present, the state offers improved power savings over the C1 and C2 state and is entered by using the P_LVL3 command register for the local processor or an alternative mechanism as indicated by the _CST object. The worst-case hardware latency for this state is declared in the FADT, and OSPM can use this information to determine when the C1 or C2 state should be used instead of the C3 state. While in the C3 state, the processor's caches maintain state but the processor is not required to snoop bus master or multiprocessor CPU accesses to memory.

The hardware can exit this state for any reason, but must always exit this state when an interrupt is to be presented to the processor or when BM_RLD is set and a bus master is attempting to gain access to memory.

OSPM is responsible for ensuring that the caches maintain coherency. In a uniprocessor environment, this can be done by using the PM2_CNT.ARB_DIS bus master arbitration disable register to ensure bus master cycles do not occur while in the C3 state. In a multiprocessor environment, the processors' caches can be flushed and invalidated such that no dynamic information remains in the caches before entering the C3 state.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

312   Advanced Configuration and Power Interface Specification

There are two mechanisms for supporting the C3 power state:
- Having OSPM flush and invalidate the caches prior to entering the C3 state.
- Providing hardware mechanisms to prevent masters from writing to memory (uniprocessor-only support).

In the first case, OSPM will flush the system caches prior to entering the C3 state. As there is normally much latency associated with flushing processor caches, OSPM is likely to only support this in multiprocessor platforms for idle processors. Flushing of the cache is accomplished through one of the defined ACPI mechanisms (described below in section 8.2, "Flushing Caches").

In uniprocessor-only platforms that provide the needed hardware functionality (defined in this section), OSPM will attempt to place the platform into a mode that will prevent system bus masters from writing into memory while the processor is in the C3 state. This is accomplished by disabling bus masters prior to entering a C3 power state. Upon a bus master requesting an access, the CPU will awaken from the C3 state and re-enable bus master accesses.

OSPM uses the BM_STS bit to determine the power state to enter when considering a transition to or from the C2/C3 power state. The BM_STS is an optional bit that indicates when bus masters are active. OSPM uses this bit to determine the policy between the C2 and C3 power states: a lot of bus master activity demotes the CPU power state to the C2 (or C1 if C2 is not supported), no bus master activity promotes the CPU power state to the C3 power state. OSPM keeps a running history of the BM_STS bit to determine CPU power state policy.

The last hardware feature used in the C3 power state is the BM_RLD bit. This bit determines if the C$x$ power state is exited as a result of bus master requests. If set, then the C$x$ power state is exited upon a request from a bus master. If reset, the power state is not exited upon bus master requests. In the C3 state, bus master requests need to transition the CPU back to the C0 state (as the system is capable of maintaining cache coherency), but such a transition is not needed for the C2 state. OSPM can optionally set this bit when using a C3 power state, and clear it when using a C1 or C2 power state.

## 8.1.5   Additional Processor Power States

ACPI introduced optional processor power states beyond C3 starting in ACPI 2.0. These power states, C4… Cn, are conveyed to OSPM through the _CST object defined in section 8.4.2.1, "_CST (C-States)." These additional power states are characterized by equivalent operational semantics to the C1 through C3 power states, as defined in the previous sections, but with different entry/exit latencies and power savings. See section 8.4.2.1, "_CST (C-States)," for more information.

## 8.2   Flushing Caches

To support the C3 power state without using the ARB_DIS feature, the hardware must provide functionality to flush and invalidate the processors' caches (for an IA processor, this would be the WBINVD instruction). To support the S1, S2 or S3 sleeping states, the hardware must provide functionality to flush the platform caches. Flushing of caches is supported by one of the following mechanisms:
- Processor instruction to write back and invalidate system caches (WBINVD instruction for IA processors).
- Processor instruction to write back but not invalidate system caches (WBINVD instruction for IA processors and some chipsets with partial support; that is, they don't invalidate the caches).

The ACPI specification expects all platforms to support the local CPU instruction for flushing system caches (with support in both the CPU and chipset), and provides some limited "best effort" support for systems that don't currently meet this capability. The method used by the platform is indicated through the appropriate FADT fields and flags indicated in this section.

ACPI specifies parameters in the FADT that describe the system's cache capabilities. If the platform properly supports the processor's write back and invalidate instruction (WBINVD for IA processors), then this support is indicated to OSPM by setting the WBINVD flag in the FADT.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**

PUB_DPMT00006868

If the platform supports neither of the first two flushing options, then OSPM can attempt to manually flush the cache if it meets the following criteria:

- A cache-enabled sequential read of contiguous physical memory of not more than 2 MB will flush the platform caches.

There are two additional FADT fields needed to support manual flushing of the caches:

- FLUSH_SIZE, typically twice the size of the largest cache in the system.
- FLUSH_STRIDE, typically the smallest cache line size in the system.

## 8.3   Power, Performance, and Throttling State Dependencies

Cost and complexity trade-off considerations have driven into the platform control dependencies between logical processors when entering power, performance, and throttling states. These dependencies exist in various forms in multi-processor, multi-threaded processor, and multi-core processor-based platforms. These dependencies may also be hierarchical. For example, a multi-processor system consisting of processors containing multiple cores containing multiple threads may have various dependencies as a result of the hardware implementation.

Unless OSPM is aware of the dependency between the logical processors, it might lead to scenarios where one logical processor is implicitly transitioned to a power, performance, or throttling state when it is unwarranted, leading to incorrect / non-optimal system behavior. Given knowledge of the dependencies, OSPM can coordinate the transitions between logical processors, choosing to initiate the transition when doing so does not lead to incorrect or non-optimal system behavior. This OSPM coordination is referred to as Software (SW) Coordination. Alternately, it might be possible for the underlying hardware to coordinate the state transition requests on multiple logical processors, causing the processors to transition to the target state when the transition is guaranteed to not lead to incorrect or non-optimal system behavior. This scenario is referred to as Hardware (HW) coordination. When hardware coordinates transitions, OSPM continues to initiate state transitions as it would if there were no dependencies. However, in this case it is required that hardware provide OSPM with a means to determine actual state residency so that correct / optimal control policy can be realized.

Platforms containing logical processors with cross-processor dependencies in the power, performance, or throttling state control areas use ACPI defined interfaces to group logical processors into what is referred to as a dependency domain. The Coordination Type characteristic for a domain specifies whether OSPM or underlying hardware is responsible for the coordination. When OSPM coordinates, the platform may require that OSPM transition ALL (0xFC) or ANY ONE (0xFD) of the processors belonging to the domain into a particular target state. OSPM may choose at its discretion to perform coordination even though the underlying hardware supports hardware coordination. In this case, OSPM must transition all logical processors in the dependency domain to the particular target state.

There are no dependencies implied between a processor's C-states, P-states or T-states. Hence, for example it is possible to use the same dependency domain number for specifying dependencies between P-states among one set of processors and C-states among another set of processors without any dependencies being implied between the P-State transitions on a processor in the first set and C-state transitions on a processor in the second set.

## 8.4   Declaring Processors

Each processor in the system must be declared in the ACPI namespace in either the \_SB or \_PR scope but not both. Declaration of processors in the \_PR scope is required for platforms desiring compatibility with ACPI 1.0-based OSPM implementations. Processors are declared either via the ASL **Processor** statement or the ASL **Device** statement. A **Processor** definition declares a processor object that provides processor configuration information and points to the processor register block (P_BLK). A **Device** definition for a processor is declared using the ACPI0007 hardware identifier (HID). In this case, processor configuration information is provided exclusively by objects in the processor device's object list.

**Hewlett-Packard/Intel/Microsoft/Phoenix/Toshiba**