# EXHIBIT C

# workload noun

work·load   ˈwərk-ˌlōd ◀))

[Synonyms of *workload* ›](#)

**1** : the amount of work or of working time expected or assigned

students with a heavy *workload*

**2** : the amount of work performed or capable of being performed (as by a mechanical device) usually within a specific period

PUB_DPMT00008718