# EXHIBIT D

Case 1:26-cv-00081-ADA     Document 45-5     Filed 06/01/26     Page 2 of 4

# workload

NOUN

## Etymology

### Summary

Formed within English, by compounding.

**<** **work** *n.* + **load** *n.*

## Meaning & use

**1.** The amount of work to be done by a person or group, esp. in the context of employment.          **1899–**

**1899**     How shall we so reduce the ordinary domestic work-load as to make the detailed treatment of milk an easy part of the routine?
*Edinburgh Medical Journal* vol. 5 568

**1927**     The general purpose of the navy is to plan a uniform workload at each of the yards by systematizing the repair work and construction assigned to each.
*Sun* (Baltimore) 1 October 2/2

**1978**     I shift to shorter steps..to maintain the same workload.
G. A. Sheehan, *Running & Being* xv. 210

**1985**     He is one of more than 1,000 teachers whose workload is being analysed by the National Union of Teachers in a survey to be published next week.
*Times* 18 January 5/1

**2011**     Adjusting to being independent, juggling a hectic schedule, and managing a heavy workload are some of the pressures that can take a toll on students.
D. Cass, *Strategic Student* ix. 165

**2.** A piece or quantity of work done or handled by a machine.          **1903–**

**1903**     In the test here given the work load was taken for half an hour just previous to doffing, which is done when the bobbins are full.
*Transactions Amer. Soc. Mech. Engineers* vol. 24 976

**1916**     A connected cross member..adapted to bear the work load of the machine.
*U.S. Patent 1,195,851* 28/1

PUB_DPMT00008715

Case 1:26-cv-00081-ADA    Document 45-5    Filed 06/01/26    Page 3 of 4

**1957**    It may be necessary to reprogram the workload of the machines regularly.
*Management Science* vol. 3 139

**2004**    I.B.M. has also built virtualization technology into the new computers, so that several workloads can run at once on a single machine.
*New York Times* (National edition) 13 July c2/5

## Pronunciation

**BRITISH ENGLISH**

/ˈwəːkləʊd/

WURK-lohd



**U.S. ENGLISH**

/ˈwərkˌloʊd/

WURRK-lohd

Pronunciation keys

## Frequency

*workload* typically occurs about four times per million words in modern written English.

Frequency data is computed programmatically, and should be regarded as an estimate.

| | |
|---|---|
| About OED | How to use the OED |
| Historical Thesaurus | Purchasing |
| Editorial policy | Help with access |
| Updates | World Englishes |
| Institutional account management | Contribute |
| Accessibility | Oxford University Press |
| Contact us | Oxford Languages |
| Upcoming events | Oxford Academic |
| Case studies | Oxford Dictionary of National Biography |
| Media enquiries | |

*University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, ation by publishing worldwide*

PUB_DPMT00008716

Cookie policy    Privacy policy    AI terms of use    Legal notice

Copyright © 2026 Oxford University Press



PUB_DPMT00008717