# EXHIBIT E

JOHN L. **HENNESSY**     DAVID A. **PATTERSON**



# COMPUTER ARCHITECTURE

*A Quantitative Approach*

FIFTH EDITION

PUB_DPMT00002534

## In Praise of *Computer Architecture: A Quantitative Approach*
## Fifth Edition

"The 5th edition of *Computer Architecture: A Quantitative Approach* continues the legacy, providing students of computer architecture with the most up-to-date information on current computing platforms, and architectural insights to help them design future systems. A highlight of the new edition is the significantly revised chapter on data-level parallelism, which demystifies GPU architectures with clear explanations using traditional computer architecture terminology."

—Krste Asanović, University of California, Berkeley

"*Computer Architecture: A Quantitative Approach* is a classic that, like fine wine, just keeps getting better. I bought my first copy as I finished up my undergraduate degree and it remains one of my most frequently referenced texts today. When the fourth edition came out, there was so much new material that I needed to get it to stay current in the field. And, as I review the fifth edition, I realize that Hennessy and Patterson have done it again. The entire text is heavily updated and Chapter 6 alone makes this new edition required reading for those wanting to really understand cloud and warehouse scale-computing. Only Hennessy and Patterson have access to the insiders at Google, Amazon, Microsoft, and other cloud computing and internet-scale application providers and there is no better coverage of this important area anywhere in the industry."

—James Hamilton, Amazon Web Services

"Hennessy and Patterson wrote the first edition of this book when graduate students built computers with 50,000 transistors. Today, warehouse-size computers contain that many servers, each consisting of dozens of independent processors and billions of transistors. The evolution of computer architecture has been rapid and relentless, but *Computer Architecture: A Quantitative Approach* has kept pace, with each edition accurately explaining and analyzing the important emerging ideas that make this field so exciting."

—James Larus, Microsoft Research

"This new edition adds a superb new chapter on data-level parallelism in vector, SIMD, and GPU architectures. It explains key architecture concepts inside mass-market GPUs, maps them to traditional terms, and compares them with vector and SIMD architectures. It's timely and relevant with the widespread shift to GPU parallel computing. *Computer Architecture: A Quantitative Approach* furthers its string of firsts in presenting comprehensive architecture coverage of significant new developments!"

—John Nickolls, NVIDIA

PUB_DPMT00002535

"The new edition of this now classic textbook highlights the ascendance of explicit parallelism (data, thread, request) by devoting a whole chapter to each type. The chapter on data parallelism is particularly illuminating: the comparison and contrast between Vector SIMD, instruction level SIMD, and GPU cuts through the jargon associated with each architecture and exposes the similarities and differences between these architectures."

—Kunle Olukotun, Stanford University

"The fifth edition of *Computer Architecture: A Quantitative Approach* explores the various parallel concepts and their respective tradeoffs. As with the previous editions, this new edition covers the latest technology trends. Two highlighted are the explosive growth of Personal Mobile Devices (PMD) and Warehouse Scale Computing (WSC)—where the focus has shifted towards a more sophisticated balance of performance and energy efficiency as compared with raw performance. These trends are fueling our demand for ever more processing capability which in turn is moving us further down the parallel path."

—Andrew N. Sloss, Consultant Engineer, ARM
Author of *ARM System Developer's Guide*

Copyright Elsevier 2026

PUB_DPMT00002536

# Computer Architecture
## A Quantitative Approach

*Fifth Edition*

Copyright Elsevier 2026

PUB_DPMT00002537

**John L. Hennessy** is the tenth president of Stanford University, where he has been a member of the faculty since 1977 in the departments of electrical engineering and computer science. Hennessy is a Fellow of the IEEE and ACM; a member of the National Academy of Engineering, the National Academy of Science, and the American Philosophical Society; and a Fellow of the American Academy of Arts and Sciences. Among his many awards are the 2001 Eckert-Mauchly Award for his contributions to RISC technology, the 2001 Seymour Cray Computer Engineering Award, and the 2000 John von Neumann Award, which he shared with David Patterson. He has also received seven honorary doctorates.

In 1981, he started the MIPS project at Stanford with a handful of graduate students. After completing the project in 1984, he took a leave from the university to cofound MIPS Computer Systems (now MIPS Technologies), which developed one of the first commercial RISC microprocessors. As of 2006, over 2 billion MIPS microprocessors have been shipped in devices ranging from video games and palmtop computers to laser printers and network switches. Hennessy subsequently led the DASH (Director Architecture for Shared Memory) project, which prototyped the first scalable cache coherent multiprocessor; many of the key ideas have been adopted in modern multiprocessors. In addition to his technical activities and university responsibilities, he has continued to work with numerous start-ups both as an early-stage advisor and an investor.

**David A. Patterson** has been teaching computer architecture at the University of California, Berkeley, since joining the faculty in 1977, where he holds the Pardee Chair of Computer Science. His teaching has been honored by the Distinguished Teaching Award from the University of California, the Karlstrom Award from ACM, and the Mulligan Education Medal and Undergraduate Teaching Award from IEEE. Patterson received the IEEE Technical Achievement Award and the ACM Eckert-Mauchly Award for contributions to RISC, and he shared the IEEE Johnson Information Storage Award for contributions to RAID. He also shared the IEEE John von Neumann Medal and the C & C Prize with John Hennessy. Like his co-author, Patterson is a Fellow of the American Academy of Arts and Sciences, the Computer History Museum, ACM, and IEEE, and he was elected to the National Academy of Engineering, the National Academy of Sciences, and the Silicon Valley Engineering Hall of Fame. He served on the Information Technology Advisory Committee to the U.S. President, as chair of the CS division in the Berkeley EECS department, as chair of the Computing Research Association, and as President of ACM. This record led to Distinguished Service Awards from ACM and CRA.

At Berkeley, Patterson led the design and implementation of RISC I, likely the first VLSI reduced instruction set computer, and the foundation of the commercial SPARC architecture. He was a leader of the Redundant Arrays of Inexpensive Disks (RAID) project, which led to dependable storage systems from many companies. He was also involved in the Network of Workstations (NOW) project, which led to cluster technology used by Internet companies and later to cloud computing. These projects earned three dissertation awards from ACM. His current research projects are Algorithm-Machine-People Laboratory and the Parallel Computing Laboratory, where he is director. The goal of the AMP Lab is develop scalable machine learning algorithms, warehouse-scale-computer-friendly programming models, and crowd-sourcing tools to gain valueable insights quickly from big data in the cloud. The goal of the Par Lab is to develop technologies to deliver scalable, portable, efficient, and productive software for parallel personal mobile devices.

Copyright Elsevier 2026

PUB_DPMT00002538

# Computer Architecture
## A Quantitative Approach

*Fifth Edition*

## John L. Hennessy
*Stanford University*

## David A. Patterson
*University of California, Berkeley*

**With Contributions by**

**Krste Asanović**
*University of California, Berkeley*

**Jason D. Bakos**
*University of South Carolina*

**Robert P. Colwell**
*R&E Colwell & Assoc. Inc.*

**Thomas M. Conte**
*North Carolina State University*

**José Duato**
*Universitat Politècnica de València and Simula*

**Diana Franklin**
*University of California, Santa Barbara*

**David Goldberg**
*The Scripps Research Institute*

**Norman P. Jouppi**
*HP Labs*

**Sheng Li**
*HP Labs*

**Naveen Muralimanohar**
*HP Labs*

**Gregory D. Peterson**
*University of Tennessee*

**Timothy M. Pinkston**
*University of Southern California*

**Parthasarathy Ranganathan**
*HP Labs*

**David A. Wood**
*University of Wisconsin–Madison*

**Amr Zaky**
*University of Santa Clara*



**ELSEVIER**

Amsterdam • Boston • Heidelberg • London
New York • Oxford • Paris • San Diego
San Francisco • Singapore • Sydney • Tokyo



Copyright Elsevier 2026

PUB_DPMT00002539

**Acquiring Editor: Todd Green**
**Development Editor: Nate McFadden**
**Project Manager: Paul Gottehrer**
**Designer: Joanne Blank**

*Morgan Kaufmann* is an imprint of Elsevier
225 Wyman Street, Waltham, MA 02451, USA

© 2012 Elsevier, Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: *www.elsevier.com/permissions*.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

**Notices**
Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods or professional practices, may become necessary. Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information or methods described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

**Library of Congress Cataloging-in-Publication Data**
Application submitted

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

ISBN:  978-0-12-383872-8

> For information on all MK publications
> visit our website at *www.mkp.com*

Printed in the United States of America
12  13  14  15    10 9 8 7 6 5 4 3 2

*Typeset by*: diacriTech, Chennai, India

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER    BOOK AID International    Sabre Foundation

Copyright Elsevier 2026

It is critical to understand that none of the limits in this section is fundamental in the sense that overcoming them requires a change in the laws of physics! Instead, they are practical limitations that imply the existence of some formidable barriers to exploiting additional ILP. These limitations—whether they be window size, alias detection, or branch prediction—represent challenges for designers and researchers to overcome.

Attempts to break through these limits in the first five years of this century met with frustration. Some techniques produced small improvements, but often at significant increases in complexity, increases in the clock cycle, and disproportionate increases in power. In summary, designers discovered that trying to extract more ILP was simply too inefficient. We will return to this discussion in our concluding remarks.

## 3.11    Cross-Cutting Issues: ILP Approaches and the Memory System

### Hardware versus Software Speculation

The hardware-intensive approaches to speculation in this chapter and the software approaches of Appendix H provide alternative approaches to exploiting ILP. Some of the trade-offs, and the limitations, for these approaches are listed below:

■    To speculate extensively, we must be able to disambiguate memory references. This capability is difficult to do at compile time for integer programs that contain pointers. In a hardware-based scheme, dynamic runtime disambiguation of memory addresses is done using the techniques we saw earlier for Tomasulo's algorithm. This disambiguation allows us to move loads past stores at runtime. Support for speculative memory references can help overcome the conservatism of the compiler, but unless such approaches are used carefully, the overhead of the recovery mechanisms may swamp the advantages.

■    Hardware-based speculation works better when control flow is unpredictable and when hardware-based branch prediction is superior to software-based branch prediction done at compile time. These properties hold for many integer programs. For example, a good static predictor has a misprediction rate of about 16% for four major integer SPEC92 programs, and a hardware predictor has a misprediction rate of under 10%. Because speculated instructions may slow down the computation when the prediction is incorrect, this difference is significant. One result of this difference is that even statically scheduled processors normally include dynamic branch predictors.

■    Hardware-based speculation maintains a completely precise exception model even for speculated instructions. Recent software-based approaches have added special support to allow this as well.

Copyright Elsevier 2026

PUB_DPMT00002783

- Hardware-based speculation does not require compensation or bookkeeping code, which is needed by ambitious software speculation mechanisms.

- Compiler-based approaches may benefit from the ability to see further in the code sequence, resulting in better code scheduling than a purely hardware-driven approach.

- Hardware-based speculation with dynamic scheduling does not require different code sequences to achieve good performance for different implementations of an architecture. Although this advantage is the hardest to quantify, it may be the most important in the long run. Interestingly, this was one of the motivations for the IBM 360/91. On the other hand, more recent explicitly parallel architectures, such as IA-64, have added flexibility that reduces the hardware dependence inherent in a code sequence.

The major disadvantage of supporting speculation in hardware is the complexity and additional hardware resources required. This hardware cost must be evaluated against both the complexity of a compiler for a software-based approach and the amount and usefulness of the simplifications in a processor that relies on such a compiler.

Some designers have tried to combine the dynamic and compiler-based approaches to achieve the best of each. Such a combination can generate interesting and obscure interactions. For example, if conditional moves are combined with register renaming, a subtle side effect appears. A conditional move that is annulled must still copy a value to the destination register, since it was renamed earlier in the instruction pipeline. These subtle interactions complicate the design and verification process and can also reduce performance.

The Intel Itanium processor was the most ambitious computer ever designed based on the software support for ILP and speculation. It did not deliver on the hopes of the designers, especially for general-purpose, nonscientific code. As designers' ambitions for exploiting ILP were reduced in light of the difficulties discussed in Section 3.10, most architectures settled on hardware-based mechanisms with issue rates of three to four instructions per clock.

### Speculative Execution and the Memory System

Inherent in processors that support speculative execution or conditional instructions is the possibility of generating invalid addresses that would not occur without speculative execution. Not only would this be incorrect behavior if protection exceptions were taken, but the benefits of speculative execution would be swamped by false exception overhead. Hence, the memory system must identify speculatively executed instructions and conditionally executed instructions and suppress the corresponding exception.

By similar reasoning, we cannot allow such instructions to cause the cache to stall on a miss because again unnecessary stalls could overwhelm the benefits of speculation. Hence, these processors must be matched with nonblocking caches.

Copyright Elsevier 2026

In reality, the penalty of an L2 miss is so large that compilers normally only speculate on L1 misses. Figure 2.5 on page 84 shows that for some well-behaved scientific programs the compiler can sustain multiple outstanding L2 misses to cut the L2 miss penalty effectively. Once again, for this to work the memory system behind the cache must match the goals of the compiler in number of simultaneous memory accesses.

## 3.12    Multithreading: Exploiting Thread-Level Parallelism to Improve Uniprocessor Throughput

The topic we cover in this section, multithreading, is truly a cross-cutting topic, since it has relevance to pipelining and superscalars, to graphics processing units (Chapter 4), and to multiprocessors (Chapter 5). We introduce the topic here and explore the use of multithreading to increase uniprocessor throughput by using multiple threads to hide pipeline and memory latencies. In the next chapter, we will see how multithreading provides the same advantages in GPUs, and finally, Chapter 5 will explore the combination of multithreading and multiprocessing. These topics are closely interwoven, since multithreading is a primary technique for exposing more parallelism to the hardware. In a strict sense, multithreading uses thread-level parallelism, and thus is properly the subject of Chapter 5, but its role in both improving pipeline utilization and in GPUs motivates us to introduce the concept here.

Although increasing performance by using ILP has the great advantage that it is reasonably transparent to the programmer, as we have seen ILP can be quite limited or difficult to exploit in some applications. In particular, with reasonable instruction issue rates, cache misses that go to memory or off-chip caches are unlikely to be hidden by available ILP. Of course, when the processor is stalled waiting on a cache miss, the utilization of the functional units drops dramatically.

Since attempts to cover long memory stalls with more ILP have limited effectiveness, it is natural to ask whether other forms of parallelism in an application could be used to hide memory delays. For example, an online transaction-processing system has natural parallelism among the multiple queries and updates that are presented by requests. Of course, many scientific applications contain natural parallelism since they often model the three-dimensional, parallel structure of nature, and that structure can be exploited by using separate threads. Even desktop applications that use modern Windows-based operating systems often have multiple active applications running, providing a source of parallelism.

*Multithreading* allows multiple threads to share the functional units of a single processor in an overlapping fashion. In contrast, a more general method to exploit *thread-level parallelism* (TLP) is with a multiprocessor that has multiple independent threads operating at once and in parallel. Multithreading, however, does not duplicate the entire processor as a multiprocessor does. Instead, multithreading shares most of the processor core among a set of threads, duplicating only private state, such as the registers and program counter. As we will see in

Copyright Elsevier 2026

PUB_DPMT00002785

Chapter 5, many recent processors incorporate both multiple processor cores on a single chip and provide multithreading within each core.

Duplicating the per-thread state of a processor core means creating a separate register file, a separate PC, and a separate page table for each thread. The memory itself can be shared through the virtual memory mechanisms, which already support multiprogramming. In addition, the hardware must support the ability to change to a different thread relatively quickly; in particular, a thread switch should be much more efficient than a process switch, which typically requires hundreds to thousands of processor cycles. Of course, for multithreading hardware to achieve performance improvements, a program must contain multiple threads (we sometimes say that the application is multithreaded) that could execute in concurrent fashion. These threads are identified either by a compiler (typically from a language with parallelism constructs) or by the programmer.

There are three main hardware approaches to multithreading. *Fine-grained multithreading* switches between threads on each clock, causing the execution of instructions from multiple threads to be interleaved. This interleaving is often done in a round-robin fashion, skipping any threads that are stalled at that time. One key advantage of fine-grained multithreading is that it can hide the throughput losses that arise from both short and long stalls, since instructions from other threads can be executed when one thread stalls, even if the stall is only for a few cycles. The primary disadvantage of fine-grained multithreading is that it slows down the execution of an individual thread, since a thread that is ready to execute without stalls will be delayed by instructions from other threads. It trades an uncrease in multithreaded throughput for a loss in the performance (as measured by latency) of a single thread. The Sun Niagara processor, which we examine shortly, uses simple fine-grained multithreading, as do the Nvidia GPUs, which we look at in the next chapter.

*Coarse-grained multithreading* was invented as an alternative to fine-grained multithreading. Coarse-grained multithreading switches threads only on costly stalls, such as level two or three cache misses. This change relieves the need to have thread-switching be essentially free and is much less likely to slow down the execution of any one thread, since instructions from other threads will only be issued when a thread encounters a costly stall.

Coarse-grained multithreading suffers, however, from a major drawback: It is limited in its ability to overcome throughput losses, especially from shorter stalls. This limitation arises from the pipeline start-up costs of coarse-grained multithreading. Because a CPU with coarse-grained multithreading issues instructions from a single thread, when a stall occurs the pipeline will see a bubble before the new thread begins executing. Because of this start-up overhead, coarse-grained multithreading is much more useful for reducing the penalty of very high-cost stalls, where pipeline refill is negligible compared to the stall time. Several research projects have explored coarse grained multithreading, but no major current processors use this technique.

The most common implementation of multithreading is called *Simultaneous multithreading* (SMT). Simultaneous multithreading is a variation on fine-grained multithreading that arises naturally when fine-grained multithreading is implemented on top of a multiple-issue, dynamically scheduled processor. As

Copyright Elsevier 2026

PUB_DPMT00002786

with other forms of multithreading, SMT uses thread-level parallelism to hide long-latency events in a processor, thereby increasing the usage of the functional units. The key insight in SMT is that register renaming and dynamic scheduling allow multiple instructions from independent threads to be executed without regard to the dependences among them; the resolution of the dependences can be handled by the dynamic scheduling capability.

Figure 3.28 conceptually illustrates the differences in a processor's ability to exploit the resources of a superscalar for the following processor configurations:

- A superscalar with no multithreading support
- A superscalar with coarse-grained multithreading
- A superscalar with fine-grained multithreading
- A superscalar with simultaneous multithreading

In the superscalar without multithreading support, the use of issue slots is limited by a lack of ILP, including ILP to hide memory latency. Because of the length of L2 and L3 cache misses, much of the processor can be left idle.



**Figure 3.28** How four different approaches use the functional unit execution slots of a superscalar processor. The horizontal dimension represents the instruction execution capability in each clock cycle. The vertical dimension represents a sequence of clock cycles. An empty (white) box indicates that the corresponding execution slot is unused in that clock cycle. The shades of gray and black correspond to four different threads in the multithreading processors. Black is also used to indicate the occupied issue slots in the case of the superscalar without multithreading support. The Sun T1 and T2 (aka Niagara) processors are fine-grained multithreaded processors, while the Intel Core i7 and IBM Power7 processors use SMT. The T2 has eight threads, the Power7 has four, and the Intel i7 has two. In all existing SMTs, instructions issue from only one thread at a time. The difference in SMT is that the subsequent decision to execute an instruction is decoupled and could execute the operations coming from several different instructions in the same clock cycle.

Copyright Elsevier 2026

PUB_DPMT00002787

In the coarse-grained multithreaded superscalar, the long stalls are partially hidden by switching to another thread that uses the resources of the processor. This switching reduces the number of completely idle clock cycles. In a coarse-grained multithreaded processor, however, thread switching only occurs when there is a stall. Because the new thread has a start-up period, there are likely to be some fully idle cycles remaining.

In the fine-grained case, the interleaving of threads can eliminate fully empty slots. In addition, because the issuing thread is changed on every clock cycle, longer latency operations can be hidden. Because instruction issue and execution are connected, a thread can only issue as many instructions as are ready. With a narrow issue width this is not a problem (a cycle is either occupied or not), which is why fine-grained multithreading works perfectly for a single issue processor, and SMT would make no sense. Indeed, in the Sun T2, there are two issues per clock, but they are from different threads. This eliminates the need to implement the complex dynamic scheduling approach and relies instead on hiding latency with more threads.

If one implements fine-grained threading on top of a multiple-issue dynamically schedule processor, the result is SMT. In all existing SMT implementations, all issues come from one thread, although instructions from different threads can initiate execution in the same cycle, using the dynamic scheduling hardware to determine what instructions are ready. Although Figure 3.28 greatly simplifies the real operation of these processors, it does illustrate the potential performance advantages of multithreading in general and SMT in wider issue, dynamically scheduled processors.

Simultaneous multithreading uses the insight that a dynamically scheduled processor already has many of the hardware mechanisms needed to support the mechanism, including a large virtual register set. Multithreading can be built on top of an out-of-order processor by adding a per-thread renaming table, keeping separate PCs, and providing the capability for instructions from multiple threads to commit.

### Effectiveness of Fine-Grained Multithreading on the Sun T1

In this section, we use the Sun T1 processor to examine the ability of multithreading to hide latency. The T1 is a fine-grained multithreaded multicore microprocessor introduced by Sun in 2005. What makes T1 especially interesting is that it is almost totally focused on exploiting thread-level parallelism (TLP) rather than instruction-level parallelism (ILP). The T1 abandoned the intense focus on ILP (just shortly after the most aggressive ILP processors ever were introduced), returned to a simple pipeline strategy, and focused on exploiting TLP, using both multiple cores and multithreading to produce throughput.

Each T1 processor contains eight processor cores, each supporting four threads. Each processor core consists of a simple six-stage, single-issue pipeline (a standard five-stage RISC pipeline like that of Appendix C, with one stage added for thread switching). T1 uses fine-grained multithreading (but not SMT), switching to a new thread on each clock cycle, and threads that are idle because they are waiting due to

Copyright Elsevier 2026

PUB_DPMT00002788

| Characteristic | Sun T1 |
|---|---|
| Multiprocessor and multithreading support | Eight cores per chip; four threads per core. Fine-grained thread scheduling. One shared floating-point unit for eight cores. Supports only on-chip multiprocessing. |
| Pipeline structure | Simple, in-order, six-deep pipeline with three-cycle delays for loads and branches. |
| L1 caches | 16 KB instructions; 8 KB data. 64-byte block size. Miss to L2 is 23 cycles, assuming no contention. |
| L2 caches | Four separate L2 caches, each 750 KB and associated with a memory bank. 64-byte block size. Miss to main memory is 110 clock cycles assuming no contention. |
| Initial implementation | 90 nm process; maximum clock rate of 1.2 GHz; power 79 W; 300 M transistors; 379 mm$^2$ die. |

**Figure 3.29** A summary of the T1 processor.

a pipeline delay or cache miss are bypassed in the scheduling. The processor is idle only when all four threads are idle or stalled. Both loads and branches incur a three-cycle delay that can only be hidden by other threads. A single set of floating-point functional units is shared by all eight cores, as floating-point performance was not a focus for T1. Figure 3.29 summarizes the T1 processor.

### T1 Multithreading Unicore Performance

The T1 makes TLP its focus, both through the multithreading on an individual core and through the use of many simple cores on a single die. In this section, we will look at the effectiveness of the T1 in increasing the performance of a single core through fine-grained multithreading. In Chapter 5, we will return to examine the effectiveness of combining multithreading with multiple cores.

To examine the performance of the T1, we use three server-oriented benchmarks: TPC-C, SPECJBB (the SPEC Java Business Benchmark), and SPECWeb99. Since multiple threads increase the memory demands from a single processor, they could overload the memory system, leading to reductions in the potential gain from multithreading. Figure 3.30 shows the relative increase in the miss rate and the observed miss latency when executing with one thread per core versus executing four threads per core for TPC-C. Both the miss rates and the miss latencies increase, due to increased contention in the memory system. The relatively small increase in miss latency indicates that the memory system still has unused capacity.

By looking at the behavior of an average thread, we can understand the interaction among the threads and their ability to keep a core busy. Figure 3.31 shows the percentage of cycles for which a thread is executing, ready but not executing, and not ready. Remember that not ready does not imply that the core with that thread is stalled; it is only when all four threads are not ready that the core will stall.

Threads can be not ready due to cache misses, pipeline delays (arising from long latency instructions such as branches, loads, floating point, or integer multiply/divide), and a variety of smaller effects. Figure 3.32 shows the relative

Copyright Elsevier 2026

PUB_DPMT00002789

**228** ■ Chapter Three *Instruction-Level Parallelism and Its Exploitation*



**Figure 3.30** The relative change in the miss rates and miss latencies when executing with one thread per core versus four threads per core on the TPC-C benchmark. The latencies are the actual time to return the requested data after a miss. In the four-thread case, the execution of other threads could potentially hide much of this latency.



**Figure 3.31** Breakdown of the status on an average thread. "Executing" indicates the thread issues an instruction in that cycle. "Ready but not chosen" means it could issue but another thread has been chosen, and "not ready" indicates that the thread is awaiting the completion of an event (a pipeline delay or cache miss, for example).

frequency of these various causes. Cache effects are responsible for the thread not being ready from 50% to 75% of the time, with L1 instruction misses, L1 data misses, and L2 misses contributing roughly equally. Potential delays from the pipeline (called "pipeline delay") are most severe in SPECJBB and may arise from its higher branch frequency.

Copyright Elsevier 2026

PUB_DPMT00002790



**Figure 3.32** The breakdown of causes for a thread being not ready. The contribution to the "other" category varies. In TPC-C, store buffer full is the largest contributor; in SPEC-JBB, atomic instructions are the largest contributor; and in SPECWeb99, both factors contribute.

| Benchmark | Per-thread CPI | Per-core CPI |
|-----------|----------------|--------------|
| TPC-C | 7.2 | 1.80 |
| SPECJBB | 5.6 | 1.40 |
| SPECWeb99 | 6.6 | 1.65 |

**Figure 3.33** The per-thread CPI, the per-core CPI, the effective eight-core CPI, and the effective IPC (inverse of CPI) for the eight-core T1 processor.

Figure 3.33 shows the per-thread and per-core CPI. Because T1 is a fine-grained multithreaded processor with four threads per core, with sufficient parallelism the ideal effective CPI per thread would be four, since that would mean that each thread was consuming one cycle out of every four. The ideal CPI per core would be one. In 2005, the IPC for these benchmarks running on aggressive ILP cores would have been similar to that seen on a T1 core. The T1 core, however, was very modest in size compared to the aggressive ILP cores of 2005, which is why the T1 had eight cores compared to the two to four offered on other processors of the same vintage. As a result, in 2005 when it was introduced, the Sun T1 processor had the best performance on integer applications with extensive TLP and demanding memory performance, such as SPECJBB and transaction processing workloads.

Copyright Elsevier 2026