# EXHIBIT F



GOOG-DPRIME-PA-00008259

**PUB_DPMT00001549**

## In Praise of *Computer Architecture: A Quantitative Approach* Fourth Edition

"The multiprocessor is here and it can no longer be avoided. As we bid farewell to single-core processors and move into the chip multiprocessing age, it is great timing for a new edition of Hennessy and Patterson's classic. Few books have had as significant an impact on the way their discipline is taught, and the current edition will ensure its place at the top for some time to come."

—Luiz André Barroso, Google Inc.

"What do the following have in common: Beatles' tunes, HP calculators, chocolate chip cookies, and *Computer Architecture*? They are all classics that have stood the test of time."

—Robert P. Colwell, Intel lead architect

"Not only does the book provide an authoritative reference on the concepts that all computer architects should be familiar with, but it is also a good starting point for investigations into emerging areas in the field."

—Krisztián Flautner, ARM Ltd.

"The best keeps getting better! This new edition is updated and very relevant to the key issues in computer architecture today. Plus, its new exercise paradigm is much more useful for both students and instructors."

—Norman P. Jouppi, HP Labs

"*Computer Architecture* builds on fundamentals that yielded the RISC revolution, including the enablers for CISC translation. Now, in this new edition, it clearly explains and gives insight into the latest microarchitecture techniques needed for the new generation of multithreaded multicore processors."

—Marc Tremblay, Fellow & VP, Chief Architect, Sun Microsystems

"This is a great textbook on all key accounts: pedagogically superb in exposing the ideas and techniques that define the art of computer organization and design, stimulating to read, and comprehensive in its coverage of topics. The first edition set a standard of excellence and relevance; this latest edition does it again."

—Miloš Ercegovac, UCLA

"They've done it again. Hennessy and Patterson emphatically demonstrate why they are the doyens of this deep and shifting field. Fallacy: Computer architecture isn't an essential subject in the information age. Pitfall: You don't need the 4th edition of *Computer Architecture*."

—Michael D. Smith, Harvard University

GOOG-DPRIME-PA-00008260

**PUB_DPMT00001550**

"Hennessy and Patterson have done it again! The 4th edition is a classic encore that has been adapted beautifully to meet the rapidly changing constraints of 'late-CMOS-era' technology. The detailed case studies of real processor products are especially educational, and the text reads so smoothly that it is difficult to put down. This book is a must-read for students and professionals alike!"

—Pradip Bose, IBM

"This latest edition of *Computer Architecture* is sure to provide students with the architectural framework and foundation they need to become influential architects of the future."

—— Ravishankar Iyer, Intel Corp.

"As technology has advanced, and design opportunities and constraints have changed, so has this book. The 4th edition continues the tradition of presenting the latest in innovations with commercial impact, alongside the foundational concepts: advanced processor and memory system design techniques, multithreading and chip multiprocessors, storage systems, virtual machines, and other concepts. This book is an excellent resource for anybody interested in learning the architectural concepts underlying real commercial products."

—Gurindar Sohi, University of Wisconsin–Madison

"I am very happy to have my students study computer architecture using this fantastic book and am a little jealous for not having written it myself."

—Mateo Valero, UPC, Barcelona

"Hennessy and Patterson continue to evolve their teaching methods with the changing landscape of computer system design. Students gain unique insight into the factors influencing the shape of computer architecture design and the potential research directions in the computer systems field."

—Dan Connors, University of Colorado at Boulder

"With this revision, *Computer Architecture* will remain a must-read for all computer architecture students in the coming decade."

—Wen-mei Hwu, University of Illinois at Urbana–Champaign

"The 4th edition of *Computer Architecture* continues in the tradition of providing a relevant and cutting edge approach that appeals to students, researchers, and designers of computer systems. The lessons that this new edition teaches will continue to be as relevant as ever for its readers."

—David Brooks, Harvard University

"With the 4th edition, Hennessy and Patterson have shaped *Computer Architecture* back to the lean focus that made the 1st edition an instant classic."

—Mark D. Hill, University of Wisconsin–Madison

GOOG-DPRIME-PA-00008261

PUB_DPMT00001551

# Computer Architecture
## A Quantitative Approach

*Fourth Edition*

GOOG-DPRIME-PA-00008262

**PUB_DPMT00001552**

**John L. Hennessy** is the president of Stanford University, where he has been a member of the faculty since 1977 in the departments of electrical engineering and computer science. Hennessy is a Fellow of the IEEE and ACM, a member of the National Academy of Engineering and the National Academy of Science, and a Fellow of the American Academy of Arts and Sciences. Among his many awards are the 2001 Eckert-Mauchly Award for his contributions to RISC technology, the 2001 Seymour Cray Computer Engineering Award, and the 2000 John von Neumann Award, which he shared with David Patterson. He has also received seven honorary doctorates.

In 1981, he started the MIPS project at Stanford with a handful of graduate students. After completing the project in 1984, he took a one-year leave from the university to cofound MIPS Computer Systems, which developed one of the first commercial RISC microprocessors. After being acquired by Silicon Graphics in 1991, MIPS Technologies became an independent company in 1998, focusing on microprocessors for the embedded marketplace. As of 2006, over 500 million MIPS microprocessors have been shipped in devices ranging from video games and palmtop computers to laser printers and network switches.

**David A. Patterson** has been teaching computer architecture at the University of California, Berkeley, since joining the faculty in 1977, where he holds the Pardee Chair of Computer Science. His teaching has been honored by the Abacus Award from Upsilon Pi Epsilon, the Distinguished Teaching Award from the University of California, the Karlstrom Award from ACM, and the Mulligan Education Medal and Undergraduate Teaching Award from IEEE. Patterson received the IEEE Technical Achievement Award for contributions to RISC and shared the IEEE Johnson Information Storage Award for contributions to RAID. He then shared the IEEE John von Neumann Medal and the C & C Prize with John Hennessy. Like his co-author, Patterson is a Fellow of the American Academy of Arts and Sciences, ACM, and IEEE, and he was elected to the National Academy of Engineering, the National Academy of Sciences, and the Silicon Valley Engineering Hall of Fame. He served on the Information Technology Advisory Committee to the U.S. President, as chair of the CS division in the Berkeley EECS department, as chair of the Computing Research Association, and as President of ACM. This record led to a Distinguished Service Award from CRA.

At Berkeley, Patterson led the design and implementation of RISC I, likely the first VLSI reduced instruction set computer. This research became the foundation of the SPARC architecture, currently used by Sun Microsystems, Fujitsu, and others. He was a leader of the Redundant Arrays of Inexpensive Disks (RAID) project, which led to dependable storage systems from many companies. He was also involved in the Network of Workstations (NOW) project, which led to cluster technology used by Internet companies. These projects earned three dissertation awards from the ACM. His current research projects are the RAD Lab, which is inventing technology for reliable, adaptive, distributed Internet services, and the Research Accelerator for Multiple Processors (RAMP) project, which is developing and distributing low-cost, highly scalable, parallel computers based on FPGAs and open-source hardware and software.

GOOG-DPRIME-PA-00008263

**PUB_DPMT00001553**



# Computer Architecture
## A Quantitative Approach

*Fourth Edition*

**John L. Hennessy**
*Stanford University*

**David A. Patterson**
*University of California at Berkeley*

With Contributions by

**Andrea C. Arpaci-Dusseau**
*University of Wisconsin–Madison*

**Remzi H. Arpaci-Dusseau**
*University of Wisconsin–Madison*

**Krste Asanovic**
*Massachusetts Institute of Technology*

**Robert P. Colwell**
*R&E Colwell & Associates, Inc.*

**Thomas M. Conte**
*North Carolina State University*

**José Duato**
*Universitat Politècnica de València and Simula*

**Diana Franklin**
*California Polytechnic State University, San Luis Obispo*

**David Goldberg**
*Xerox Palo Alto Research Center*

**Wen-mei W. Hwu**
*University of Illinois at Urbana–Champaign*

**Norman P. Jouppi**
*HP Labs*

**Timothy M. Pinkston**
*University of Southern California*

**John W. Sias**
*University of Illinois at Urbana–Champaign*

**David A. Wood**
*University of Wisconsin–Madison*



ELSEVIER

Amsterdam • Boston • Heidelberg • London
New York • Oxford • Paris • San Diego
San Francisco • Singapore • Sydney • Tokyo



MORGAN KAUFMANN PUBLISHERS

GOOG-DPRIME-PA-00008264

PUB_DPMT00001554

*Publisher*  Denise E. M. Penrose
*Project Manager*  Dusty Friedman, The Book Company
*In-house Senior Project Manager*  Brandy Lilly
*Developmental Editor*  Nate McFadden
*Editorial Assistant*  Kimberlee Honjo
*Cover Design*  Elisabeth Beller and Ross Carron Design
*Cover Image*  Richard I'Anson's Collection: Lonely Planet Images
*Composition*  Nancy Logan
*Text Design:* Rebecca Evans & Associates
*Technical Illustration*  David Ruppe, Impact Publications
*Copyeditor*  Ken Della Penta
*Proofreader*  Jamie Thaman
*Indexer*  Nancy Ball
*Printer*  Maple-Vail Book Manufacturing Group

Morgan Kaufmann Publishers is an Imprint of Elsevier
500 Sansome Street, Suite 400, San Francisco, CA 94111

This book is printed on acid-free paper.

© 1990, 1996, 2003, 2007 by Elsevier, Inc.
All rights reserved.

Published 1990. Fourth edition 2007

Designations used by companies to distinguish their products are often claimed as trademarks or registered trademarks. In all instances in which Morgan Kaufmann Publishers is aware of a claim, the product names appear in initial capital or all capital letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone: (+44) 1865 843830, fax: (+44) 1865 853333, e-mail: permissions@elsevier.com. You may also complete your request on-line via the Elsevier Science homepage (*http://elsevier.com*), by selecting "Customer Support" and then "Obtaining Permissions."

**Library of Congress Cataloging-in-Publication Data**

Hennessy, John L.
    Computer architecture : a quantitative approach / John L. Hennessy, David A. Patterson ; with contributions by Andrea C. Arpaci-Dusseau . . . [et al.].
——4th ed.
        p.cm.
    Includes bibliographical references and index.
    ISBN 13: 978-0-12-370490-0 (pbk. : alk. paper)
    ISBN 10: 0-12-370490-1 (pbk. : alk. paper)  1. Computer architecture.  I. Patterson, David A.  II. Arpaci-Dusseau, Andrea C. III. Title.

QA76.9.A73P377 2006
004.2'2—dc22

2006024358

For all information on all Morgan Kaufmann publications,
visit our website at *www.mkp.com* or *www.books.elsevier.com*

Printed in the United States of America
06  07  08  09  10      5  4  3  2  1

## Working together to grow
## libraries in developing countries

www.elsevier.com  |  www.bookaid.org  |  www.sabre.org

ELSEVIER    BOOK AID International    Sabre Foundation

GOOG-DPRIME-PA-00008265

**PUB_DPMT00001555**

## 3.5 Multithreading: Using ILP Support to Exploit Thread-Level Parallelism

Although increasing performance by using ILP has the great advantage that it is reasonably transparent to the programmer, as we have seen, ILP can be quite limited or hard to exploit in some applications. Furthermore, there may be significant parallelism occurring naturally at a higher level in the application that cannot be exploited with the approaches discussed in this chapter. For example, an online transaction-processing system has natural parallelism among the multiple queries and updates that are presented by requests. These queries and updates can be processed mostly in parallel, since they are largely independent of one another. Of course, many scientific applications contain natural parallelism since they model the three-dimensional, parallel structure of nature, and that structure can be exploited in a simulation.

This higher-level parallelism is called *thread-level parallelism* (TLP) because it is logically structured as separate threads of execution. A *thread* is a separate process with its own instructions and data. A thread may represent a process that is part of a parallel program consisting of multiple processes, or it may represent an independent program on its own. Each thread has all the state (instructions, data, PC, register state, and so on) necessary to allow it to execute. Unlike instruction-level parallelism, which exploits implicit parallel operations within a loop or straight-line code segment, thread-level parallelism is explicitly represented by the use of multiple threads of execution that are inherently parallel.

Thread-level parallelism is an important alternative to instruction-level parallelism primarily because it could be more cost-effective to exploit than instruction-level parallelism. There are many important applications where thread-level parallelism occurs naturally, as it does in many server applications. In other cases, the software is being written from scratch, and expressing the inherent parallelism is easy, as is true in some embedded applications. Large, established applications written without parallelism in mind, however, pose a significant challenge and can be extremely costly to rewrite to exploit thread-level parallelism. Chapter 4 explores multiprocessors and the support they provide for thread-level parallelism.

Thread-level and instruction-level parallelism exploit two different kinds of parallel structure in a program. One natural question to ask is whether it is possible for a processor oriented at instruction-level parallelism to exploit thread-level parallelism. The motivation for this question comes from the observation that a data path designed to exploit higher amounts of ILP will find that functional units are often idle because of either stalls or dependences in the code. Could the parallelism among threads be used as a source of independent instructions that might keep the processor busy during stalls? Could this thread-level parallelism be used to employ the functional units that would otherwise lie idle when insufficient ILP exists?

*Multithreading* allows multiple threads to share the functional units of a single processor in an overlapping fashion. To permit this sharing, the processor must

GOOG-DPRIME-PA-00008459

PUB_DPMT00001749

duplicate the independent state of each thread. For example, a separate copy of the register file, a separate PC, and a separate page table are required for each thread. The memory itself can be shared through the virtual memory mechanisms, which already support multiprogramming. In addition, the hardware must support the ability to change to a different thread relatively quickly; in particular, a thread switch should be much more efficient than a process switch, which typically requires hundreds to thousands of processor cycles.

There are two main approaches to multithreading. *Fine-grained multithreading* switches between threads on each instruction, causing the execution of multiple threads to be interleaved. This interleaving is often done in a round-robin fashion, skipping any threads that are stalled at that time. To make fine-grained multithreading practical, the CPU must be able to switch threads on every clock cycle. One key advantage of fine-grained multithreading is that it can hide the throughput losses that arise from both short and long stalls, since instructions from other threads can be executed when one thread stalls. The primary disadvantage of fine-grained multithreading is that it slows down the execution of the individual threads, since a thread that is ready to execute without stalls will be delayed by instructions from other threads.

*Coarse-grained multithreading* was invented as an alternative to fine-grained multithreading. Coarse-grained multithreading switches threads only on costly stalls, such as level 2 cache misses. This change relieves the need to have thread-switching be essentially free and is much less likely to slow the processor down, since instructions from other threads will only be issued when a thread encounters a costly stall.

Coarse-grained multithreading suffers, however, from a major drawback: It is limited in its ability to overcome throughput losses, especially from shorter stalls. This limitation arises from the pipeline start-up costs of coarse-grain multithreading. Because a CPU with coarse-grained multithreading issues instructions from a single thread, when a stall occurs, the pipeline must be emptied or frozen. The new thread that begins executing after the stall must fill the pipeline before instructions will be able to complete. Because of this start-up overhead, coarse-grained multithreading is much more useful for reducing the penalty of high-cost stalls, where pipeline refill is negligible compared to the stall time.

The next subsection explores a variation on fine-grained multithreading that enables a superscalar processor to exploit ILP and multithreading in an integrated and efficient fashion. In Chapter 4, we return to the issue of multithreading when we discuss its integration with multiple CPUs in a single chip.

## Simultaneous Multithreading: Converting Thread-Level Parallelism into Instruction-Level Parallelism

Simultaneous multithreading (SMT) is a variation on multithreading that uses the resources of a multiple-issue, dynamically scheduled processor to exploit TLP at the same time it exploits ILP. The key insight that motivates SMT is that modern multiple-issue processors often have more functional unit parallelism available

GOOG-DPRIME-PA-00008460

**PUB_DPMT00001750**

than a single thread can effectively use. Furthermore, with register renaming and dynamic scheduling, multiple instructions from independent threads can be issued without regard to the dependences among them; the resolution of the dependences can be handled by the dynamic scheduling capability.

Figure 3.8 conceptually illustrates the differences in a processor's ability to exploit the resources of a superscalar for the following processor configurations:

- A superscalar with no multithreading support

- A superscalar with coarse-grained multithreading

- A superscalar with fine-grained multithreading

- A superscalar with simultaneous multithreading

In the superscalar without multithreading support, the use of issue slots is limited by a lack of ILP, a topic we discussed in earlier sections. In addition, a major stall, such as an instruction cache miss, can leave the entire processor idle.

In the coarse-grained multithreaded superscalar, the long stalls are partially hidden by switching to another thread that uses the resources of the processor. Although this reduces the number of completely idle clock cycles, within each clock cycle, the ILP limitations still lead to idle cycles. Furthermore, in a coarse-grained multithreaded processor, since thread switching only occurs when there is a stall and the new thread has a start-up period, there are likely to be some fully idle cycles remaining.



**Figure 3.8 How four different approaches use the issue slots of a superscalar processor.** The horizontal dimension represents the instruction issue capability in each clock cycle. The vertical dimension represents a sequence of clock cycles. An empty (white) box indicates that the corresponding issue slot is unused in that clock cycle. The shades of grey and black correspond to four different threads in the multithreading processors. Black is also used to indicate the occupied issue slots in the case of the superscalar without multithreading support. The Sun T1 (aka Niagara) processor, which is discussed in the next chapter, is a fine-grained multithreaded architecture.

GOOG-DPRIME-PA-00008461

**PUB_DPMT00001751**

In the fine-grained case, the interleaving of threads eliminates fully empty slots. Because only one thread issues instructions in a given clock cycle, however, ILP limitations still lead to a significant number of idle slots within individual clock cycles.

In the SMT case, TLP and ILP are exploited simultaneously, with multiple threads using the issue slots in a single clock cycle. Ideally, the issue slot usage is limited by imbalances in the resource needs and resource availability over multiple threads. In practice, other factors—including how many active threads are considered, finite limitations on buffers, the ability to fetch enough instructions from multiple threads, and practical limitations of what instruction combinations can issue from one thread and from multiple threads—can also restrict how many slots are used. Although Figure 3.8 greatly simplifies the real operation of these processors, it does illustrate the potential performance advantages of multithreading in general and SMT in particular.

As mentioned earlier, simultaneous multithreading uses the insight that a dynamically scheduled processor already has many of the hardware mechanisms needed to support the integrated exploitation of TLP through multithreading. In particular, dynamically scheduled superscalars have a large set of virtual registers that can be used to hold the register sets of independent threads (assuming separate renaming tables are kept for each thread). Because register renaming provides unique register identifiers, instructions from multiple threads can be mixed in the data path without confusing sources and destinations across the threads.

This observation leads to the insight that multithreading can be built on top of an out-of-order processor by adding a per-thread renaming table, keeping separate PCs, and providing the capability for instructions from multiple threads to commit.

There are complications in handling instruction commit, since we would like instructions from independent threads to be able to commit independently. The independent commitment of instructions from separate threads can be supported by logically keeping a separate reorder buffer for each thread.

## Design Challenges in SMT

Because a dynamically scheduled superscalar processor is likely to have a deep pipeline, SMT will be unlikely to gain much in performance if it were coarse-grained. Since SMT makes sense only in a fine-grained implementation, we must worry about the impact of fine-grained scheduling on single-thread performance. This effect can be minimized by having a preferred thread, which still permits multithreading to preserve some of its performance advantage with a smaller compromise in single-thread performance.

At first glance, it might appear that a preferred-thread approach sacrifices neither throughput nor single-thread performance. Unfortunately, with a preferred thread, the processor is likely to sacrifice some throughput when the preferred thread encounters a stall. The reason is that the pipeline is less likely to have a mix of instructions from several threads, resulting in greater probability that

either empty slots or a stall will occur. Throughput is maximized by having a sufficient number of independent threads to hide all stalls in any combination of threads.

Unfortunately, mixing many threads will inevitably compromise the execution time of individual threads. Similar problems exist in instruction fetch. To maximize single-thread performance, we should fetch as far ahead as possible in that single thread and always have the fetch unit free when a branch is mispredicted and a miss occurs in the prefetch buffer. Unfortunately, this limits the number of instructions available for scheduling from other threads, reducing throughput. All multithreaded processors must seek to balance this trade-off.

In practice, the problems of dividing resources and balancing single-thread and multiple-thread performance turn out not to be as challenging as they sound, at least for current superscalar back ends. In particular, for current machines that issue four to eight instructions per cycle, it probably suffices to have a small number of active threads, and an even smaller number of "preferred" threads. Whenever possible, the processor acts on behalf of a preferred thread. This starts with prefetching instructions: whenever the prefetch buffers for the preferred threads are not full, instructions are fetched for those threads. Only when the preferred thread buffers are full is the instruction unit directed to prefetch for other threads. Note that having two preferred threads means that we are simultaneously prefetching for two instruction streams, and this adds complexity to the instruction fetch unit and the instruction cache. Similarly, the instruction issue unit can direct its attention to the preferred threads, considering other threads only if the preferred threads are stalled and cannot issue.

There are a variety of other design challenges for an SMT processor, including the following:

- Dealing with a larger register file needed to hold multiple contexts
- Not affecting the clock cycle, particularly in critical steps such as instruction issue, where more candidate instructions need to be considered, and in instruction completion, where choosing what instructions to commit may be challenging
- Ensuring that the cache and TLB conflicts generated by the simultaneous execution of multiple threads do not cause significant performance degradation

In viewing these problems, two observations are important. First, in many cases, the potential performance overhead due to multithreading is small, and simple choices work well enough. Second, the efficiency of current superscalars is low enough that there is room for significant improvement, even at the cost of some overhead.

The IBM Power5 used the same pipeline as the Power4, but it added SMT support. In adding SMT, the designers found that they had to increase a number of structures in the processor so as to minimize the negative performance consequences from fine-grained thread interaction. These changes included the following:

GOOG-DPRIME-PA-00008463

PUB_DPMT00001753

- Increasing the associativity of the L1 instruction cache and the instruction address translation buffers
- Adding per-thread load and store queues
- Increasing the size of the L2 and L3 caches
- Adding separate instruction prefetch and buffering
- Increasing the number of virtual registers from 152 to 240
- Increasing the size of several issue queues

Because SMT exploits thread-level parallelism on a multiple-issue superscalar, it is most likely to be included in high-end processors targeted at server markets. In addition, it is likely that there will be some mode to restrict the multithreading, so as to maximize the performance of a single thread.

### Potential Performance Advantages from SMT

A key question is, How much performance can be gained by implementing SMT? When this question was explored in 2000–2001, researchers assumed that dynamic superscalars would get much wider in the next five years, supporting six to eight issues per clock with speculative dynamic scheduling, many simultaneous loads and stores, large primary caches, and four to eight contexts with simultaneous fetching from multiple contexts. For a variety of reasons, which will become more clear in the next section, no processor of this capability has been built nor is likely to be built in the near future.

As a result, simulation research results that showed gains for multiprogrammed workloads of two or more times are unrealistic. In practice, the existing implementations of SMT offer only two contexts with fetching from only one, as well as more modest issue abilities. The result is that the gain from SMT is also more modest.

For example, in the Pentium 4 Extreme, as implemented in HP-Compaq servers, the use of SMT yields a performance improvement of 1.01 when running the SPECintRate benchmark and about 1.07 when running the SPECfpRate benchmark. In a separate study, Tuck and Tullsen [2003] observe that running a mix of each of the 26 SPEC benchmarks paired with every other SPEC benchmark (that is, $26^2$ runs, if a benchmark is also run opposite itself) results in speedups ranging from 0.90 to 1.58, with an average speedup of 1.20. (Note that this measurement is different from SPECRate, which requires that each SPEC benchmark be run against a vendor-selected number of copies of the same benchmark.) On the SPLASH parallel benchmarks, they report multithreaded speedups ranging from 1.02 to 1.67, with an average speedup of about 1.22.

The IBM Power5 is the most aggressive implementation of SMT as of 2005 and has extensive additions to support SMT, as described in the previous subsection. A direct performance comparison of the Power5 in SMT mode, running two copies of an application on a processor, versus the Power5 in single-thread mode, with one process per core, shows speedup across a wide variety of benchmarks of

GOOG-DPRIME-PA-00008464

**PUB_DPMT00001754**

between 0.89 (a performance loss) to 1.41. Most applications, however, showed at least some gain from SMT; floating-point-intensive applications, which suffered the most cache conflicts, showed the least gains.

Figure 3.9 shows the speedup for an 8-processor Power5 multiprocessor with and without SMT for the SPECRate2000 benchmarks, as described in the caption. On average, the SPECintRate is 1.23 times faster, while the SPECfpRate is 1.16 times faster. Note that a few floating-point benchmarks experience a slight decrease in performance in SMT mode, with the maximum reduction in speedup being 0.93.



**Figure 3.9  A comparison of SMT and single-thread (ST) performance on the 8-processor IBM eServer p5 575.** Note that the *y*-axis starts at a speedup of 0.9, a performance loss. Only one processor in each Power5 core is active, which should slightly improve the results from SMT by decreasing destructive interference in the memory system. The SMT results are obtained by creating 16 user threads, while the ST results use only 8 threads; with only one thread per processor, the Power5 is switched to single-threaded mode by the OS. These results were collected by John McCalpin of IBM. As we can see from the data, the standard deviation of the results for the SPECfpRate is higher than for SPECintRate (0.13 versus 0.07), indicating that the SMT improvement for FP programs is likely to vary widely.

GOOG-DPRIME-PA-00008465

PUB_DPMT00001755

These results clearly show the benefit of SMT for an aggressive speculative processor with extensive support for SMT. Because of the costs and diminishing returns in performance, however, rather than implement wider superscalars and more aggressive versions of SMT, many designers are opting to implement multiple CPU cores on a single die with slightly less aggressive support for multiple issue and multithreading; we return to this topic in the next chapter.

## 3.6    Putting It All Together: Performance and Efficiency in Advanced Multiple-Issue Processors

In this section, we discuss the characteristics of several recent multiple-issue processors and examine their performance and their efficiency in use of silicon, transistors, and energy. We then turn to a discussion of the practical limits of superscalars and the future of high-performance microprocessors.

Figure 3.10 shows the characteristics of four of the most recent high-performance microprocessors. They vary widely in organization, issue rate, functional unit capability, clock rate, die size, transistor count, and power. As Figures 3.11 and 3.12 show, there is no obvious overall leader in performance. The Itanium 2 and Power5, which perform similarly on SPECfp, clearly dominate the Athlon and Pentium 4 on those benchmarks. The AMD Athlon leads on SPECint performance followed by the Pentium 4, Itanium 2, and Power5.

| Processor | Microarchitecture | Fetch/ issue/ execute | Func. units | Clock rate (GHz) | Transistors and die size | Power |
|---|---|---|---|---|---|---|
| Intel Pentium 4 Extreme | Speculative dynamically scheduled; deeply pipelined; SMT | 3/3/4 | 7 int. 1 FP | 3.8 | 125M 122 mm$^2$ | 115 W |
| AMD Athlon 64 FX-57 | Speculative dynamically scheduled | 3/3/4 | 6 int. 3 FP | 2.8 | 114M 115 mm$^2$ | 104 W |
| IBM Power5 1 processor | Speculative dynamically scheduled; SMT; two CPU cores/chip | 8/4/8 | 6 int. 2 FP | 1.9 | 200M 300 mm$^2$ (estimated) | 80 W (estimated) |
| Intel Itanium 2 | EPIC style; primarily statically scheduled | 6/5/11 | 9 int. 2 FP | 1.6 | 592M 423 mm$^2$ | 130 W |

**Figure 3.10 The characteristics of four recent multiple-issue processors.** The Power5 includes two CPU cores, although we only look at the performance of one core in this chapter. The transistor count, area, and power consumption of the Power5 are estimated for one core based on two-core measurements of 276M, 389 mm$^2$, and 125 W, respectively. The large die and transistor count for the Itanium 2 is partly driven by a 9 MB tertiary cache on the chip. The AMD Opteron and Athlon both share the same core microarchitecture. Athlon is intended for desktops and does not support multiprocessing; Opteron is intended for servers and does. This is similar to the differentiation between Pentium and Xeon in the Intel product line.

GOOG-DPRIME-PA-00008466

PUB_DPMT00001756