**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br>        *Plaintiff,*<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br>        *Defendant.* | Civil Action No. 1:26-cv-00081-ADA |

## <u>DECLARATION OF RICHARD KOEHL</u>

I, Richard Koehl, hereby declare as follows:

1.      My name is Richard Koehl. I am a partner at Blue Peak Law Group, LLP, counsel for plaintiff Daedalus Prime LLC. I have personal knowledge of and am competent to testify as to the facts herein.

2.      Attached hereto as Exhibit I is a true and correct copy of the Court's Final Claim Construction (Dkt. 76) entered by Judge Gilliland on June 3, 2026 in *Daedalus Prime LLC v. Google LLC*, Civil Action No. 7:25-cv-00313-DC-DTG.

I, Richard Koehl, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This declaration was executed on June 29, 2026 in New York, New York.

*/s/ Richard Koehl*
Richard Koehl

1