# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>*Defendant*. | Civil Action No. 1:26-cv-00081-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 33) and the Court's Order Governing Proceedings (OGP)—Patent Cases, Plaintiff Daedalus Prime LLC ("Daedalus") and Defendant Marvell Technology, Inc. ("Marvell") submit this Joint Claim Construction Statement with respect to U.S. Patent Nos. 8,769,316 (the "'316 Patent"); 10,372,197 (the "'197 Patent"); 10,705,960 (the "'960 Patent"); and 10,725,919 (the "'919 Patent"). The parties have no disputed claim terms for U.S. Patent No. 8,984,228 (the "'228 Patent").

## I.    AGREED CLAIM TERMS

The parties have agreed that the term "domain" in the '316 Patent means "a collection of hardware and/or logic that operates at the same voltage and frequency point." *See* '316 Patent, col. 1:54-56.

The parties have further agreed that the terms "workload configuration input" and "workload configuration value" ('197 Patent, claims 1–2, 15) are to be given their plain and ordinary meaning.

1

## II.    DISPUTED CLAIM TERMS

| Claim Term | Proposed By | Plaintiff Daedalus's Construction | Defendant Marvell's Construction |
|---|---|---|---|
| "power controller"<br><br>'316 Patent, claim 8 | Marvell | Plain and ordinary meaning | A hardware controller configured to control voltages and frequencies of a first domain and a second domain of a multi-domain processor |
| "a first domain and a second domain"<br><br>'316 Patent, claims 8–12 | Marvell | Plain and ordinary meaning, with the agreed specification lexicography that "domain" means "a collection of hardware and/or logic that operates at the same voltage and frequency point" ('316 Pat. at 1:54–56) | A first collection of hardware and/or logic and a second collection of hardware and/or logic, wherein each domain is configured to operate at different voltage and frequency points |
| "multi-threaded core"<br><br>'960 Patent, claims 1, 15, 20; '919 Patent, claims 1, 16, 21 | Marvell | Plain and ordinary meaning | A type of core that has hardware support for executing two or more threads at the same time/in parallel |
| "first cluster" / "second cluster"<br><br>'960 Patent, claims 1, 2, 5–10, 15, 16, 18–20; '919 Patent, claims 1, 4, 6–12, 16, 18–22 | Daedalus | Plain and ordinary meaning | "first cluster": A first group of a plurality of cores operating at a first voltage and a first frequency<br><br>"second cluster": A second group of the plurality of cores operating at a second voltage and a second frequency that are different from the first voltage and the first frequency, respectively |

| Claim Term | Proposed By | Plaintiff Daedalus's Construction | Defendant Marvell's Construction |
|---|---|---|---|
| "is to"<br><br>'197 Patent, claims 2–3, 5–7, 9–10, 14–16, 18–20 | Marvell | Not indefinite (Plain and ordinary meaning) | The term is indefinite |

Dated: July 2, 2026

Respectfully submitted,

/s/ Richard Koehl
Garland Stephens
 LEAD ATTORNEY
 Texas Bar No. 24053910
 garland@bluepeak.law
Justin Constant
 Texas Bar No. 24067551
 justin@bluepeak.law
Richard Koehl
 Texas Bar No. 24115754
 richard@bluepeak.law
John Brinkmann
 Texas Bar No. 24068091
 john@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
 California Bar No. 271443
 robert@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
Telephone: 281-972-3036

Heng Gong
 New York Bar No. 4930509
 heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
PO Box 20006
New York, NY 10025-1510

Respectfully submitted,

/s/ Karineh Khachatourian
Karineh Khachatourian
David Xue
Trevor Giampaoli
Amanda Ogata
Haley Sinfield
KXT LAW, LLP
1775 Woodside Road, Suite 204
Redwood City, CA 94061
Telephone: 650-239-0420
Fax: 650-249-5013

Jennifer P. Ainsworth
 TX State Bar No. 00784720
 jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903-509-5000
Fax: 903-509-5091

***Attorneys for Defendant Marvell Technology, Inc.***

Telephone: 281-972-3036

Of Counsel:
Mark D. Siegmund
  State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES
PLLC
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
Tel: (254) 732-2242 / Fax: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
  Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES
PLLC
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Tel: (254) 732-2242 / Fax: (866) 627-3509
wellerman@cjsjlaw.com

***Attorneys for Plaintiff Daedalus Prime LLC***

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Richard Koehl*