**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DAEDALUS PRIME LLC,

     *Plaintiff*,

  v.

MARVELL TECHNOLOGY, INC.,

     *Defendant*.

Civil Action No. 1:26-cv-00081-ADA

## PLAINTIFF DAEDALUS PRIME LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Daedalus Prime LLC ("Daedalus") respectfully submits this Notice of Supplemental Authority to advise the Court of a recent claim construction ruling in the parallel action *Daedalus Prime LLC v. Google LLC*, No. 7:25-cv-00313-DC-DTG (W.D. Tex.) (the "Google Action"). On July 20, 2026, Judge Gilliland issued a Claim Construction Order and Memorandum (Google Action Dkt. 80), a copy of which is attached hereto as Exhibit A.

The attached Order and Memorandum sets forth the court's reasoning for its Final Claim Construction in the Google Action, which was previously provided to this Court as Docket No. 48-2 and cited in Plaintiff's claim construction sur-reply (Dkt. 48-0) and opposition (Dkt. 52) to Defendant's motion to dismiss the Second Amended Complaint.

Daedalus respectfully submits the attached Order and Memorandum for the Court's consideration.

Dated: July 22, 2026

By: */s/ Richard Koehl*

    Garland Stephens
     Texas Bar No. 24053910

1

garland@bluepeak.law
Justin Constant
  Texas Bar No. 24067551
  justin@bluepeak.law
Richard Koehl
  Texas Bar No. 24115754
  richard@bluepeak.law
John Brinkmann
  Texas Bar No. 24068091
  john@bluepeak.law
**Blue Peak Law Group LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX  77025
Telephone: 281-972-3036

Robert Magee
  California Bar No. 271443
  robert@bluepeak.law
**Blue Peak Law Group LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA  94306-3314
Telephone: 281-972-3036

Heng Gong
  New York Bar No. 4930509
  heng@bluepeak.law
**Blue Peak Law Group LLP**
PO Box 20006
New York, NY 10025-1510
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151

2

**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Richard Koehl*