**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS,**
**AUSTIN DIVISION**

DAEDALUS PRIME LLC
     Plaintiff

v.

MARVELL TECHNOLOGY, INC.
     Defendant

Civil Action No.: 1:26-cv-00081-ADA

**ORDER GRANTING**
**DEFENDANT MARVELL TECHNOLOGY, INC.'S OPPOSED MOTION FOR**
**CLARIFICATION OF ORDER REGARDING AUSTIN DIVISION DOCKET**
**(ECF NO. 38)**

After consideration of Defendant Marvell Technology, Inc. ("Marvell's" ) Motion for Clarification of the effect of the Court's April 23, 2026 Order Regarding Austin Division Docket (ECF No. 38) (the "Vacatur Order") on the opening of fact discovery and the remaining non-hearing deadlines in the Court's March 2, 2026 Scheduling Order (ECF No. 33), the Court ORDERS:

1.  the Vacatur Order suspended the opening of fact discovery, and therefore Initial Disclosures were not due on July 14, 2026;

2.  Marvell's time to respond or object to Daedalus' July 14, 2026 written discovery requests has not begun to run because fact discovery has not yet opened; and

3.  the remaining non-hearing deadlines tied to the original *Markman* hearing date are likewise suspended and are not currently operative pending further order of the Court.