**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS,**
**AUSTIN DIVISION**

DAEDALUS PRIME LLC
    Plaintiff

v.

                                    Civil Action No.: 1:26-cv-00081-ADA

MARVELL TECHNOLOGY, INC.
    Defendant

**ORDER RE**
**DEFENDANT MARVELL TECHNOLOGY, INC.'S OPPOSED MOTION FOR**
**CLARIFICATION OF ORDER REGARDING AUSTIN DIVISION DOCKET**
**(ECF NO. 38)**

After consideration of Defendant Marvell Technology, Inc. ("Marvell's" ) Motion for

Clarification of the effect of the Court's April 23, 2026 Order Regarding Austin Division Docket

(ECF No. 38) (the "Vacatur Order") on the opening of fact discovery and the remaining non-

hearing deadlines in the Court's March 2, 2026 Scheduling Order (ECF No. 33), the Court

ORDERS:

1.  the Vacatur Order did not suspended the opening of fact discovery, and therefore Initial

    Disclosures are hereby due on August 4, 2026;

2.  Marvell's time to respond or object to Daedalus' July 14, 2026 written discovery requests

    has begun to run as of July 28, 2026; and

3.  the remaining non-hearing deadlines tied to the original *Markman* hearing date are not

    suspended and are currently operative pending further order.

    Signed: 07/28/2026.


                                            ALAN D ALBRIGHT

                                            UNITED STATES DISTRICT JUDGE