**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:26-cv-00081-ADA |
| MARVELL TECHNOLOGY, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**JOINT NOTICE REGARDING EXTENSION OF DEADLINE TO SERVE FINAL
INFRINGEMENT AND INVALIDITY CONTENTIONS**

In accordance with the Court's September 18, 2025 Standing Order, Plaintiff Daedalus Prime LLC ("Plaintiff") and Defendant Marvell Technology, Inc. ("Defendant") jointly provide notice that the parties have agreed to extend the deadline to serve Final Infringement and Invalidity Contentions to **Wednesday, November 4, 2026**, sixty days later than required by the Court's Scheduling Order (Dkt. 33).

Accordingly, because this request (1) is agreed to between the parties, (2) does not change the date of any hearing, trial, or other Court date, (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event, and (4) does not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date, the parties respectfully understand that the Court automatically grants this request.

Dated: August 11, 2026

/s/ *Justin Constant*

Garland Stephens
  Texas Bar No. 24053910
  garland@bluepeak.law
Justin Constant
  Texas Bar No. 24067551
  justin@bluepeak.law
Richard Koehl
  Texas Bar No. 24115754
  richard@bluepeak.law
John Brinkman
  Texas Bar No. 24068091
  john@bluepeak.law
**BLUE PEAK LAW GROUP, LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
  California Bar No. 271443
  robert@bluepeak.law
**BLUE PEAK LAW GROUP, LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
Telephone: 281-972-3036

Heng Gong
  New York Bar No. 4930509
  heng@bluepeak.law
**BLUE PEAK LAW GROUP, LLP**
PO Box 20006
New York, NY 10025-1510
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
msiegmund@cjsjlaw.com

Respectfully submitted,

/s/ *Jennifer P. Ainsworth*

Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & VANDEVENTER, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

Karineh Khachatourian
Lead Counsel
Rachael C. Chan
Trevor Giampaoli
Haley Sinfield
**KXT LAW, LLP**
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

*Attorneys for Defendant,*
*Marvell Technology, Inc.*

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND
JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: 254-732-2242
Email: wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on  August 11, 2026, all counsel of record who are deemed

to have consented to electronic service are being served with a copy of this document through the

Court's CM/ECF system under Local Rule CV-5.

*/s/ Jennifer Parker Ainsworth*
Jennifer P. Ainsworth
