**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:26-cv-00081-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| MARVELL TECHNOLOGY, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO CONSOLIDATE FOR PRETRIAL PURPOSES**

Before the Court is Plaintiff Daedalus Prime LLC's Opposed Motion to Consolidate for Pretrial Purposes under Federal Rule of Civil Procedure 42(a). Having considered the motion, any response, and the record, the Court finds that this action and *Daedalus Prime LLC v. Google LLC*, No. 7:25-cv-00313-DC-DTG (W.D. Tex., Midland/Odessa Div.) (the "Google Action"), involve common questions of law and fact, and that consolidation for pretrial purposes will avoid unnecessary cost and delay and reduce the risk of inconsistent pretrial rulings. The motion is GRANTED. It is ORDERED that:

1. **Pretrial consolidation.** This action is CONSOLIDATED with the Google Action **for pretrial purposes only** under Fed. R. Civ. P. 42(a). The actions are not consolidated for trial.

2. **Reassignment for pretrial purposes.** Pursuant to Rule 42(a), 28 U.S.C. § 137, and Item XIX(a) of the Amended Order Assigning the Business of the Court (W.D. Tex. May 18, 2026), and subject to the concurrence of United States District Judge David Counts, this action is REASSIGNED to Judge Counts **for pretrial purposes only**, so that consolidated pretrial proceedings may be conducted with the Google Action before Magistrate Judge

Gilliland. The Clerk is DIRECTED, upon Judge Counts's concurrence, to take all steps necessary to effectuate the pretrial assignment. This paragraph effects no transfer of venue and no change in the division in which this action is pending, and the action remains in the Austin Division under its existing case number.

3. **Referral.** The scope of any referral of this action's pretrial matters to United States Magistrate Judge Derek T. Gilliland, and all pretrial scheduling, shall be as Judge Counts directs, the parties having been heard on Daedalus's request for a referral coextensive with the one entered in the Google Action, Google Dkt. 11 (July 25, 2025), under 28 U.S.C. § 636(b)(1)(A)–(B) and Appendix C of the Local Court Rules.

**Alternative relief.** [IF ¶¶ 1–3 ARE NOT ENTERED:] All pretrial matters in this action are REFERRED to Magistrate Judge Gilliland under 28 U.S.C. § 636(b)(1)(A)–(B) and Appendix C of the Local Court Rules, and the referred pretrial proceedings are CONSOLIDATED with the pretrial proceedings in the Google Action under Rule 42(a).

IT IS SO ORDERED.

SIGNED this ____ day of __________, 2026.

__________________________________

UNITED STATES DISTRICT JUDGE