**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00081-ADA |
| | § | |
| MARVELL TECHNOLOGY, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE REGARDING UNOPPOSED EXTENSION OF DEADLINE FOR MARVELL TECHNOLOGY, INC. TO RESPOND TO PLAINTIFF'S MOTION FOR CONSOLIDATION**

In accordance with the Court's Standing Order, Defendant Marvell Technology, Inc. ("Marvell") provides notice that Marvell requested, and Plaintiff does is not opposed to, a 7-day extension of the deadline for Marvell to file its response to Plaintiff's Motion for Consolidation (Dkt. 58). Pursuant to the parties' agreement, Marvell's response will be extended to Friday, September 11, 2026.

Accordingly, because this request (1) is agreed to between the parties, (2) does not change the date of any hearing, trial, or other Court date, (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event, and (4) does not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date, the parties respectfully understand that the Court automatically grants this request.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Jennifer P. Ainsworth*

Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & VANDEVENTER, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

Karineh Khachatourian
Lead Counsel
Rachael C. Chan
Trevor Giampaoli
Haley Sinfield
**KXT LAW, LLP**
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

*Attorneys for Defendant,*
*Marvell Technology, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 2, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

*/s/ Jennifer Parker Ainsworth*
Jennifer P. Ainsworth