# EXHIBIT 2

| | |
|---|---|
| **From:** | Richard Koehl |
| **To:** | Trevor Giampaoli; Karineh Khachatourian; 00090-Dprime-Marvell |
| **Cc:** | William Ellerman; Mark Siegmund; Grace Yang; David Xue; Jennifer Ainsworth |
| **Subject:** | RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction |
| **Date:** | Thursday, May 7, 2026 12:16:24 PM |
| **Attachments:** | image003.png<br>image004.png<br>image005.png<br>image006.png |

**[External Message]**

Hi Trevor,

Thanks. We can't agree to a nonfinal ruling from another case that hasn't been issued yet. As we noted below, that wouldn't work. For example, the record in this case would be incomplete for any appeal.

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

**From:** Trevor Giampaoli <Trevor@kxtlaw.com>
**Sent:** Thursday, May 7, 2026 2:15 PM
**To:** Richard Koehl <Richard@bluepeak.law>; Karineh Khachatourian <KarinehK@kxtlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** Re: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Hi Richard,

We are proposing that the parties agree to apply the findings in Google to this case.

Best,

KXT LAW

***Trevor Giampaoli***
Associate Attorney
Email: trevor@kxtlaw.com
Phone: 650-271-9928
1775 Woodside Road, Suite 204
Redwood City, CA 94061

www.kxtlaw.com

---

**From:** Richard Koehl <Richard@bluepeak.law>
**Sent:** Thursday, May 7, 2026 11:05 AM
**To:** Karineh Khachatourian <KarinehK@kxtlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

**[External Message]**

---

Karineh,

We aren't sure we understand your proposal.

Are you proposing that the Google court's construction of "workload configuration input" should automatically apply to the motion to dismiss that's pending in the Marvell case on "workload configuration input regarding a workload"? It seems like that wouldn't work. For example, the record would be incomplete for any appeal in Marvell.

Or are you proposing for Marvell to re-use the Google arguments and work product in this case? It seems like it would be straightforward for the parties to raise what are essentially the same points in their briefing.

Please let us know.

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

---

**From:** Karineh Khachatourian <KarinehK@kxtlaw.com>
**Sent:** Wednesday, May 6, 2026 7:21 PM
**To:** Richard Koehl <Richard@bluepeak.law>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Richard,

Regarding the motion to dismiss briefing on "workload configuration input regarding a workload," our view is that the dispute centered on whether the allegations were plausibly pled that the limitation was satisfied, irrespective of the applicable construction. In any event, we don't believe it would be particularly productive to dispute that term (or "workload configuration value") here, given these terms are at issue in the Google case.

Accordingly, we think it makes sense to allow the issue to be decided in the Google case.

Please let us know if you are amenable to this approach.

Thanks.

KXT LAW

*Karineh Khachatourian*
Managing Partner
Email: karinehk@kxtlaw.com
Phone: 650-379-6450
1775 Woodside Road, Suite 204
Redwood City, CA 94061
www.kxtlaw.com

---

**From:** Richard Koehl <Richard@bluepeak.law>
**Sent:** Tuesday, May 5, 2026 9:05 AM
**To:** Karineh Khachatourian <KarinehK@kxtlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

**[External Message]**

---

Karineh,

Daedalus Prime does not see a need to construe "power controller," "power control logic," "power management feature," or "tuning circuit" in the '197 patent.

The parties disagree whether Daedalus Prime has adequately alleged a "workload configuration input regarding a workload" as recited by claim 1 of the '197 patent. *See, e.g.*, Dkt. 29 at 8-9. Daedalus Prime believes that its allegations are sufficient to state a claim under either party's proposed construction (Daedalus Prime: plain and ordinary meaning, Marvell: "a value indicating a predominant pattern of execution with particular hardware configuration demands (e.g. non-uniform memory architecture (NUMA), uniform memory architecture (UMA), input/output (I/O) intensive)"). Given that Marvell has put the term in issue in its motion to dismiss, however, it seems prudent to construe at least the language "workload configuration input regarding a workload" in the '197 patent.

Marvell's motion to dismiss did not address "workload configuration value," but Marvell has proposed construing that term in the same way as "workload configuration input regarding a workload."

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

---

**From:** Karineh Khachatourian <KarinehK@kxtlaw.com>
**Sent:** Monday, May 4, 2026 7:39 PM
**To:** Richard Koehl <Richard@bluepeak.law>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Hi Richard

If the parties agree to drop "tuning circuit, "power controller" / "power control logic" and "power management feature" of the '197 Patent, we can agree to Plaintiff's construction of domain.

On the workload configuration terms, could you please explain Plaintiff's basis for asserting that the parties have a dispute over the construction of these terms? We did not propose they be construed, so I am not sure what you mean.

Thank you!

KXT LAW

***Karineh Khachatourian***
Managing Partner

Email: karinehk@kxtlaw.com
Phone: 650-379-6450

1775 Woodside Road, Suite 204
Redwood City, CA 94061
www.kxtlaw.com

**From:** Richard Koehl <Richard@bluepeak.law>
**Sent:** Monday, May 4, 2026 4:21 PM
**To:** Karineh Khachatourian <KarinehK@kxtlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

**[External Message]**

Karineh,

I write to follow up on today's meet-and-confer regarding the claim terms.

1. **"power controller"** ('316 patent, claim 8) – The parties have a dispute regarding this term, and it will be briefed.

2. **"domain"** ('316 patent, claims 8-12) – We understand that Marvell is considering

agreeing to the specification's express definition. Please let us know Marvell's position promptly.

3. **"a first domain and a second domain"** ('316 patent, claims 8-12) - The parties have a dispute regarding this term, and it will be briefed.

4. **"power controller" / "power control logic"** ('197 patent, claims 1, 2, 6, 7, 19, 20 ("power controller"), claims 11, 16, 18 ("power control logic") – We understand that Marvell is considering withdrawing its request to construe these terms. Please let us know Marvell's position promptly.

5. **"power management feature"** ('197 patent, claims 1, 3, 7, 8, 11, 13, 15, 16, 19, 20) – We understand that Marvell is considering withdrawing its request to construe this term. Please let us know Marvell's position promptly.

6. **"tuning circuit"** ('197 patent, claims 1, 3, 7, 8, 11, 13, 15, 16, 19, 20) – We understand that Marvell is considering withdrawing its request to construe this term. Please let us know Marvell's position promptly.

7. **"workload configuration input regarding a workload"** ('197 patent, claims 1-2) – You suggested the possibility of dropping this claim term. However, we have reviewed the parties' positions and believe the parties still have a dispute regarding the meaning of this term. Accordingly, we believe this term should be briefed.

8. **"workload configuration value"** ('197 patent, claim 15) – You suggested the possibility of dropping this claim term. However, we have reviewed the parties' positions and believe the parties still have a dispute regarding the meaning of this term. Accordingly, we believe this term should be briefed.

9. **"is to"** ('197 patent, claims 2, 3, 5-7, 9, 10, 14-16, 18-2) – We understand that Marvell contends this term is indefinite. We disagree, and it will be briefed.

10. **"symmetric multi-threaded cores" / "multi-threaded cores"** ('960 patent, claims 1, 15, 20; '919 patent, claims 1, 16, 21) – We understand the parties' dispute to center on the "multi-threaded cores". You agreed that the word "symmetric" in "symmetric multi-threaded cores" would be understood to have its plain and ordinary meaning from the perspective of a person of skill in the art. Accordingly, we can agree that the parties need only brief the term "multi-

threaded cores" at this time.

11. **"first cluster" / "second cluster"** ('960 patent, claims 1, 2, 5-10, 15, 16, 18-20; '919 patent, claims 1, 4, 6-12, 16, 18-22) – You suggested the possibility of dropping these claim terms. However, we have reviewed the parties' positions and believe the parties still have a dispute regarding the terms' meanings. Accordingly, we believe these terms should be briefed.

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

---

**From:** Karineh Khachatourian <KarinehK@kxtlaw.com>
**Sent:** Friday, May 1, 2026 3:38 PM
**To:** Richard Koehl <Richard@bluepeak.law>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Hi Richard

We are available after 3PM EST, noon PST until 6EST, 3PST. Please feel free to pick a time slot that works best for your team and send us a zoom. Thanks!

***Karineh Khachatourian***
Managing Partner
Email: karinehk@kxtlaw.com
Phone: 650-379-6450
1775 Woodside Road, Suite 204
Redwood City, CA 94061
www.kxtlaw.com

---

**From:** Richard Koehl <Richard@bluepeak.law>
**Sent:** Friday, May 1, 2026 7:46 AM
**To:** Karineh Khachatourian <KarinehK@kxtlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>

**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

**[External Message]**

---

Counsel,

We are available to meet and confer on the claim terms on Monday, May 4 from 9 am – noon ET and after 3 pm ET.

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

---

**From:** Karineh Khachatourian <KarinehK@kxtlaw.com>
**Sent:** Monday, April 27, 2026 9:20 PM
**To:** Richard Koehl <Richard@bluepeak.law>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Counsel:

Please find attached Marvell's disclosure of extrinsic evidence in connection with its proposed claims constructions. The accompanying document production may be accessed via the link below. Thank you.

https://kxtlaw.sharefile.com/d-se8b4a456dca9447e8b854087502d5f58

***Karineh Khachatourian***
Managing Partner

Email: karinehk@kxtlaw.com
Phone: 650-379-6450

1775 Woodside Road, Suite 204

Redwood City, CA 94061
www.kxtlaw.com

**From:** Karineh Khachatourian
**Sent:** Monday, April 20, 2026 3:30 PM
**To:** 'Richard Koehl' <Richard@bluepeak.law>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Subject:** RE: Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

Counsel,

Please find attached Marvell's proposed constructions. We note that Plaintiff appears to have omitted the term "workload configuration value" from its list. We included a proposed construction for this term because Plaintiff previously indicated that it required construction. Please let us know whether this omission was intentional.

Thank you.

***Karineh Khachatourian***
Managing Partner
Email: karinehk@kxtlaw.com
Phone: 650-379-6450
1775 Woodside Road, Suite 204
Redwood City, CA 94061
www.kxtlaw.com

**From:** Richard Koehl <Richard@bluepeak.law>
**Sent:** Monday, April 20, 2026 2:47 PM
**To:** Karineh Khachatourian <KarinehK@kxtlaw.com>; David Xue <David@kxtlaw.com>; Trevor Giampaoli <Trevor@kxtlaw.com>; Jennifer Ainsworth <jainsworth@wilsonlawfirm.com>
**Cc:** William Ellerman <wellerman@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; 00090-Dprime-Marvell <Dprime-Marvell-Dist@bluepeak.law>
**Subject:** Daedalus Prime LLC v. Marvell Technology, Inc. (W.D. Tex. 1:26-cv-00081-ADA) -- claim construction

**[External Message]**

Counsel,

Please find enclosed and served upon you Plaintiff's Initial Proposed Constructions.

Sincerely,
Richard.

**Richard Koehl** | **Blue Peak Law Group LLP** | richard@bluepeak.law | Direct +1 (737) 346-6600
Mobile +1 (512) 298-3800

**Disclaimer**

This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.

**Disclaimer**

This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.

**Disclaimer**

This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.

**Disclaimer**

This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.

**Disclaimer**

This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.