**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:26-cv-00081-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| MARVELL TECHNOLOGY, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF DAEDALUS PRIME LLC'S UNOPPOSED MOTION FOR ENTRY OF ADDENDUM TO STIPULATED PROTECTIVE ORDER REGARDING NON-PARTIES ARM LTD. AND ARM INC.**

Plaintiff Daedalus Prime LLC ("Daedalus") moves for entry of the Addendum to the Stipulated Protective Order Regarding Non-Parties Arm Ltd. and/or Arm Inc. (the "Addendum"), attached as Exhibit A, as a supplement to the Stipulated Protective Order entered May 11, 2026 (Dkt. 43). Defendant Marvell Technology, Inc. ("Marvell") does not oppose the relief requested.

The Addendum addresses Confidential Arm Source Code that is expected to be produced in this case. Good cause exists under Federal Rule of Civil Procedure 26(c) to enter the Addendum, and Daedalus respectfully requests that the Court do so.

Dated: September 23, 2026

Respectfully submitted,

/s/ Justin Constant

Garland Stephens
LEAD ATTORNEY
Texas Bar No. 24053910
garland@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law

Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
California Bar No. 271443
robert@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: 281-972-3036

Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
Natalie Lieber
New York Bar No. 4672762
lieber@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
PO Box 20006
New York, NY 10025
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
Grace Yang
State Bar No. 24144144
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
gyang@cjsjlaw.com

William D. Ellerman

Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), counsel for Daedalus conferred with counsel for Marvell regarding the relief requested in this motion. Marvell does not oppose the motion.

/s/ Justin Constant

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Justin Constant