# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| *Plaintiff*, | § | Case No. 1:26-cv-00081-ADA |
| v. | § | |
| MARVELL TECHNOLOGY, INC., | § | |
| *Defendant*. | § | |

**ADDENDUM TO THE STIPULATED PROTECTIVE ORDER**
**REGARDING NON-PARTIES ARM LTD. AND/OR ARM INC.**

33. Arm Source Code. Non-parties Arm Ltd. or Arm Inc. (collectively, "Arm") or any authorized Party may designate documents, information, or things as "CONFIDENTIAL - ARM SOURCE CODE," which shall mean litigation material that Arm produces or that a Party is permitted to produce in this litigation that constitutes or contains non-public Arm Source Code Material (which, for clarity's sake, is consistent with the definition of "Source Code Material" set forth in Paragraph 8 of the Stipulated Protective Order). For the avoidance of doubt, the additional protections set forth in this Paragraph shall apply only to Arm Source Code Material produced by Arm, or by a Party that is authorized to produce such Arm Source Code Material. Nothing in this Paragraph shall apply to non-Arm Source Code Material produced under the Stipulated Protective Order, and nothing in this Paragraph is intended to, or does, alter any of the terms of the Stipulated Protective Order, except as expressly identified below.

A. Materials designated as CONFIDENTIAL - ARM SOURCE CODE shall be given all the protections afforded to CONFIDENTIAL - SOURCE CODE under the Stipulated Protective Order, including the source code protections in Paragraph 11.

B. Arm Source Code Material may only be disclosed to, and only reviewed by, outside counsel and outside consultants or experts as set forth in Paragraph 11(e) of the Stipulated Protective Order.

C. Outside consultants or experts may only review Arm Source Code Material after being expressly identified to Arm as seeking access to Arm Source Code Material pursuant to the process set forth in Paragraph 5(e) of the Stipulated Protective Order. Arm will thereafter have the authority to object to the outside consultant(s) or expert(s) reviewing or receiving Arm Source Code Material or materials designated CONFIDENTIAL - ARM SOURCE CODE as if Arm was a Party to the litigation.

D. Arm Source Code Material shall be provided with the protections set forth in the Stipulated Protective Order for Source Code Material or materials designated CONFIDENTIAL - SOURCE CODE, with the following additions and/or exceptions:

(i) Any notice or document that the receiving Party is required to provide to the producing Party or request that the receiving Party is allowed to make to the producing Party under the Stipulated Protective Order relating in any way to Arm Source Code Material or materials designated CONFIDENTIAL - ARM SOURCE CODE shall also be simultaneously provided to Arm. After receiving the notice and/or request from the receiving Party, Arm will have the authority to object to the notice and/or request by the receiving Party relating to Arm Source Code Material or materials designated CONFIDENTIAL - ARM SOURCE CODE as if Arm were the producing Party pursuant to the Stipulated Protective Order.

(ii) The Parties shall not enter into any agreement relating in any way to the

treatment of Arm Source Code Material or materials designated CONFIDENTIAL - ARM SOURCE CODE without prior written consent by Arm.

(iii) Any notes taken of Arm Source Code Material pursuant to paragraph 11(l) of the Stipulated Protective Order shall be marked as "CONFIDENTIAL – ARM SOURCE CODE" material under this Addendum and the Stipulated Protective Order.

(iv) In addition to the provisions of paragraph 11(j) of the Stipulated Protective Order, printed pages of Arm Source Code Material shall not be left unattended during transport (*e.g.*, shall be transported in carry-on luggage as opposed to checked luggage). The receiving Party and its consultants and/or experts shall exercise due care in limiting visual access to the printed pages, maintaining the security of the printed pages at temporary locations, and transporting the printed pages to and from temporary locations.

(v) No electronic copies of Arm Source Code Material (including printed pages of Arm Source Code Material) shall be made, and Arm Source Code Material (including printed pages of Arm Source Code Material) shall not be transferred into any electronic format or onto any electronic media, except as set forth in paragraph 11(g) of the Protective Order or this Addendum. However, printed pages of Arm Source Code Material shall not be placed on or transported on removable password protected electronic media (*e.g.*, a DVD, CD-ROM, or flash memory "stick") pursuant to paragraph 11(k) of the Protective Order. For the avoidance of doubt, nothing in this subparagraph limits the receiving Party's

ability to create, use, file, or serve Source Code Exhibits as permitted by Paragraphs 11(e) and 11(g) of the Stipulated Protective Order, including excerpts of Arm Source Code Material in expert reports, or to transport Arm Source Code Material to persons authorized under Paragraph 11(e) of the Stipulated Protective Order as permitted by Paragraph 11(k) of the Stipulated Protective Order.

(vi) Pursuant to Paragraph 11(e) of the Protective Order, electronic copies of only the specific pages of Arm Source Code Material reasonably anticipated by the receiving Party to be necessary for use in deciding the issue for which the portions of the Arm Source Code Material are being filed or offered may be made to be included in documents and filings which, pursuant to the Court's rules, procedures, and order(s), must be filed or served electronically, such filings to be made under seal pursuant to Paragraph 18 of the Stipulated Protective Order.

(vii) No more than one hundred twenty five (125) pages of the Arm Source Code Material, in hard copy format, may be shipped via Federal Express, or other similar commercial carrier, in any one single container. For the avoidance of doubt, any shipment of hard copies of Arm's Source Code Material that exceeds the limitation above would be required to be separated and shipped in multiple containers.

(viii) Any and all printed pages of Arm Source Code Material provided to or created by the receiving Party pursuant to Paragraph 11 of the Stipulated Protective Order shall be destroyed within thirty (30) days after (i) the final termination

of the litigation, (ii) the final resolution of claims allegedly relating to Arm's Source Code Material, or (iii) the Party who produced Arm's Source Code Material's exit from the litigation, whichever occurs first, and prompt notice shall be given to Arm regarding the destruction. Similarly, any notes taken by the reviewer of the Arm Source Code Material shall likewise be destroyed pursuant to the same schedule.

E. Any notice or request to Arm shall be sent to Arm's outside counsel, which, for purposes of this Addendum only, is as follows:

Tyler T. VanHoutan
tvanhoutan@mcguirewoods.com
McGuireWoods LLP
845 Texas Avenue
Suite 2400
Houston, TX 77002
T: +1 832 214 9911
F: +1 832 214 9924

IT IS SO ORDERED that the foregoing Addendum to the Stipulated Protective Order is approved.
Dated: ____________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE