**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>*Defendant*. | Civil Action No. 1:26-cv-00081<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Natalie Lieber of the law firm Blue Peak Law Group LLP enters her appearance on behalf of Plaintiff Daedalus Prime LLC in the above-captioned case.

Natalie Lieber may receive all copies of future pleadings, orders, notices, and communication from this Court and from other parties at:

Blue Peak Law Group LLP
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025-1533
Tel: 332-240-6886; Fax: 346-346-0161
Email: lieber@bluepeak.law

Respectfully Submitted,

/s/ Natalie Lieber
Natalie Lieber (New York Bar No. 4672762)
lieber@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025-1533
Tel: 332-240-6886
Fax: 346-346-0161

*Attorney for Daedalus Prime LLC*

**CERTIFICATE OF SERVICE**

A true and correct copy of the Notice of Appearance was served via CM/ECF to all counsel of record on October 7, 2026.

By: /s/ *Natalie Lieber*
Natalie Lieber