**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS,**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC<br>Plaintiff<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.<br>Defendant | Civil Action No.: 1:26-cv-00081-ADA |

**DEFENDANT MARVELL TECHNOLOGY, INC.'S NOTICE OF SUPPLEMENTAL INFORMATION IN SUPPORT OF MARVELL TECHNOLOGY INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE FOR PRETRIAL PURPOSES**

Defendant Marvell Technology, Inc. ("Marvell") respectfully submits this Notice of Supplemental Information to advise the Court of additional accused products identified by Plaintiff Daedalus Prime LLC ("Daedalus") in *Daedalus Prime LLC v. Google LLC*, No. 7:25-cv-00313-DC-DTG ("*Google*"). Following the completion of briefing on Daedalus' Opposed Motion to Consolidate for Pretrial Purposes (ECF No. 58), Daedalus served its Fourth Supplemental Infringement Contentions on October 2, 2026, and Fifth Supplemental Infringement Contentions on October 9, 2026, in *Google*, identifying additional Google-specific accused products.

Exhibit A, filed under seal, provides the Court with an updated chart comparing the accused products identified in *Google* and those in this action, incorporating the additional products identified in Daedalus' subsequently served supplemental infringement contentions. The original chart was previously filed under seal as Exhibit 1 (*see* ECF No. 62) and cited in Marvell's opposition brief (ECF No. 61).

Marvell respectfully submits the updated chart for the Court's consideration.

DATED: November 2, 2026

KXT LAW, LLP

*/s/ Karineh Khachatourian (JPA)*

Karineh Khachatourian
David Xue
Trevor Giampaoli
Amanda Ogata
Haley Sinfield
**KXT LAW, LLP**
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & VANDEVENTER, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

Attorneys for Defendant Marvell Technology, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon all counsel of record via email on this 2nd day of November, 2026.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth