**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>*Defendant.* | Civil Action No. 1:26-CV-00081-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING FURTHER EXTENSION OF DEADLINE TO SERVE FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS**

In accordance with the Court's September 18, 2025 Standing Order, Plaintiff Daedalus Prime LLC ("Plaintiff") and Defendant Marvell Technology, Inc. ("Defendant") jointly provide notice that the parties have agreed to further extend the deadline to serve Final Infringement and Invalidity Contentions from Friday, November 20, 2026 (see Dkt. 66) to Wednesday, December 16, 2026, ninety-eight days later than the original deadline in the Court's Scheduling Order (Dkt. 33). This extension does not change any other deadline in the Scheduling Order.

Accordingly, because this request (1) is agreed to between the parties, (2) does not change the date of any hearing, trial, or other Court date, (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event, and (4) does not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date, the parties respectfully understand that the Court automatically grants this request.

Dated: November 20, 2026
Respectfully submitted,

/s/ Natalie Lieber
Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
John Brinkman
Texas Bar No. 24068091
john@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
California Bar No. 271443
robert@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
Telephone: 281-972-3036

Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
Natalie Lieber
New York Bar No. 4672762
lieber@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
PO Box 20006
New York, NY 10025-1510
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**

/s/ Karineh Khachatourian, by permission
Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

Karineh Khachatourian
Lead Counsel
David T. Xue
Trevor Giampaoli
Haley Sinfield
Amanda M. Ogata
KXT LAW, LLP
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

*Attorneys for Defendant Marvell Technology, Inc.*

7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242

William D. Ellerman
Texas Bar No. 24007151
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: 254-732-2242

*Attorneys for Plaintiff Daedalus Prime LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2026, the foregoing *JOINT NOTICE REGARDING FURTHER EXTENSION OF DEADLINE TO SERVE FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS* was served on all counsel of record through the Court's CM/ECF system under Local Rule CV-5.

*/s/ Natalie Lieber*