**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>*Defendant.* | Civil Action No. 1:26-CV-00081-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO SEVER AND STAY CLAIMS OF U.S. PATENT NO. 8,984,228 PENDING REVIEW OF THE FINAL WRITTEN DECISION IN IPR2025-00207**

Plaintiff Daedalus Prime LLC ("Daedalus") and Defendant Marvell Technology, Inc. ("Marvell") jointly move under Federal Rule of Civil Procedure 21 and the Court's inherent authority to sever Daedalus's claim for infringement of U.S. Patent No. 8,984,228 (the "'228 patent") into a separate action, and to stay the severed action pending final resolution of any review and/or appeal of the Final Written Decision in IPR2025-00207. In support of this Motion, the parties state the following:

- Daedalus asserts that Marvell infringes five patents: U.S. Patent Nos. 10,372,197 (the "'197 patent"), 10,705,960 (the "'960 patent"), 10,725,919 (the "'919 patent"), 8,769,316 (the "'316 patent"), and the '228 patent. Dkt. 46 ¶ 1. The '228 patent is the subject of the Fifth Count of the Second Amended Complaint. Dkt. 46 (Fifth Count).
- Daedalus asserts claims 1-19 of the '228 patent against Marvell.
- Arm Ltd. filed a petition for inter partes review of claims 1–7, 11–14, and 16–19 of the '228 patent, IPR2025-00207. The Patent Trial and Appeal Board instituted review and, on September 9, 2026, issued a Final Written Decision determining that claims 1–7, 11–14, and 16–19 of the '228 patent are unpatentable. *Arm Ltd. v. Daedalus Prime LLC*, IPR2025-00207, Paper 39 (P.T.A.B. Sept. 9, 2026).
- Claims 8–10 and 15 of the '228 patent were not challenged in IPR2025-00207, and the Final Written Decision does not address them. IPR2025-00207, Paper 39 at 2, 58–59.
- Marvell alleges that Claims 8-10 and 15 of the '228 patent are invalid based on the Final Written Decisions in IPR2025-00207 and/or IPR 2023-01344.

- On October 6, 2026, Daedalus requested Director review of the Final Written Decision. IPR2025-00207, Paper 40.
- The Final Written Decision does not address the ’197, ’960, ’919, or ’316 patents.

In light of the Final Written Decision, the parties have concluded that this case would benefit from severing and staying all claims, discovery and defenses relating to the ’228 patent pending final resolution of any Director review, or appeal of the Final Written Decision. The parties agree that the case will otherwise proceed as to the ’197, ’960, ’919, and ’316 patents under the Scheduling Order (Dkt. 33), as extended by the parties’ joint notices (Dkts. 57, 66), and as may be modified by the Court.

The parties further agree that severing and staying the ’228 patent preserves all of the parties’ claims, defenses, and rights with respect to that patent. Nothing in this Motion waives either party’s rights regarding the infringement, validity, or enforceability of any claim of the ’228 patent, or regarding the effect of the Final Written Decision.

The parties further agree to file, in the severed action, a joint status report stating their respective positions on whether the stay should be lifted within 14 days after the later of (1) the final resolution of all review of the Final Written Decision, including any appeal and any petition for a writ of certiorari, or (2) the expiration of the time within which such review may be sought.

Severing and staying the ’228 patent will streamline this litigation and conserve the resources of the Court and the parties. If the Final Written Decision is affirmed, the Court and the parties will avoid litigating claims that have been held unpatentable. If the Final Written Decision is reversed or vacated, the parties will jointly notify the Court and may then proceed on the ’228 patent in the severed action in accordance with the Court’s direction. In the meantime, the remaining four patents will continue to proceed.

For these reasons, the parties respectfully request that the Court (1) sever the Fifth Count of the Second Amended Complaint relating to the ’228 patent into a separate action, (2) stay the severed action pending final resolution of any review of the Final Written Decision in IPR2025-00207, and (3) order the parties to file a joint status report as set out above. A proposed order is submitted with this Motion.

Dated: November 20, 2026
Respectfully submitted,

*/s/ Natalie Lieber*
Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
John Brinkman
Texas Bar No. 24068091
john@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
California Bar No. 271443
robert@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
Telephone: 281-972-3036

Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
Natalie Lieber
New York Bar No. 4672762
lieber@bluepeak.law
**BLUE PEAK LAW GROUP LLP**

*/s/ Karineh Khachatourian, by permission*
Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

Karineh Khachatourian
Lead Counsel
David T. Xue
Trevor Giampaoli
Haley Sinfield
Amanda M. Ogata
KXT LAW, LLP
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

*Attorneys for Defendant Marvell Technology, Inc.*

PO Box 20006
New York, NY 10025-1510
Telephone: 281-972-3036

*Of Counsel:*
Mark D. Siegmund
State Bar No. 24117055
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242

William D. Ellerman
Texas Bar No. 24007151
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: 254-732-2242

*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF CONFERENCE

Counsel for Daedalus and counsel for Marvell conferred regarding the relief requested in this Motion on November 5, 2026. The Motion is jointly submitted.

*/s/ Natalie Lieber*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 20, 2026, the foregoing was served on all counsel of record through the Court's CM/ECF system.

*/s/ Natalie Lieber*