**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MARVELL TECHNOLOGY, INC.,<br><br>*Defendant.* | Civil Action No. 1:26-CV-00081-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SEVER AND STAY CLAIMS OF U.S. PATENT NO. 8,984,228**

Before the Court is the Joint Motion to Sever and Stay Claims of U.S. Patent No. 8,984,228 Pending Review of the Final Written Decision in IPR2025-00207, filed by Plaintiff Daedalus Prime LLC and Defendant Marvell Technology, Inc. Having considered the Motion, the Court GRANTS it.

IT IS ORDERED that Plaintiff's claim for infringement of U.S. Patent No. 8,984,228 (the Fifth Count of the Second Amended Complaint, Dkt. 46) relating to that patent are SEVERED from this action under Federal Rule of Civil Procedure 21. All claims relating to U.S. Patent Nos. 10,372,197, 10,705,960, 10,725,919, and 8,769,316 remain pending in this action and are not stayed.

IT IS FURTHER ORDERED that the Clerk of Court shall open a new civil action for the severed claims and shall include in it the Second Amended Complaint (Dkt. 46), the Stipulated Protective Order (Dkt. 43), any addendums and this Order.

IT IS FURTHER ORDERED that the severed action is STAYED pending final resolution of any review of the Final Written Decision in IPR2025-00207, including any rehearing, Director review, appeal, and petition for a writ of certiorari.

IT IS FURTHER ORDERED that the parties shall file, in the severed action, a joint status report stating their respective positions on whether the stay should be lifted within 14 days after the later of (1) the final resolution of all such review or (2) the expiration of the time within which such review may be sought.

SIGNED this ______ day of ____________, 2026.

________________________________
UNITED STATES DISTRICT JUDGE